**Mr. Robert R. Prunty(e)**
427 West Hickory Street
Arcadia, Florida 34266
themrmodady@gmail.com
**(863) 991-5195**

Mailroom

SEP - 4 2025

Angela D. Caesar, Clerk of Clerk
U.S. District Court, District of Columbia

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA DISTRICT COURT

**ROBERT R. PRUNTY(e)**
**(PLAINTIFF PRO SE)**

**CASE:  1:25-cv-02376**
**JUDGE:**

**AMENDED COMPLAINT AS OF COURSE**

**EXTREME FRAUD UPON THE COURT**
**AN ACTION TO VOID A JUDGEMENT**
**EVIDENTIARY HEARING REQUESTED**
**VIOLATIONS OF CONSTITUTIONAL RIGHTS**
**RACE DISCRIMINATION**
**JURY TRIAL REQUESTED**
**INJUNCTIVE AND DECLARATORY RELIEF**
**REQUESTED**

**Vs.**

**UNIVERSAL MUSIC GROUP, (UMG), JENNER & BLOCK, (JB) & SEVERAL**
**OFFICERS OF THE COURT WHO ARE UNINDICTED CO-CONSPIRATOR**
**FEDERAL JUDGES, A SENATOR, A CONGRESSWOMAN AND MYRIAD**
**ATTORNEYS**
**(DEFENDANTS)**

"If you've committed Fraud, we're coming after you"…
The Honorable Pam Bondi, Attorney General of the United States of America

**INTRODUCTION: NATURE AND HISTORY OF THE ACTION AFTER DUE DILIGENCE APPLIED.  SECRET AND SENTIENT PLAN TO PERFORM AND PERPETUATE FRAUD UPON THE COURT AS WELL AS FRAUDULENT CONCEALMENT.**
**TRIAL COURT REJECTED EXPERT TESTIMONY IN VIOLATION OF SUPREME COURT COMMANDS OF DAUBERT REGIME**

1.) Generally, judges cannot deny Constitutional rights in any Court action, including Copyright actions.  Due Process of Law, a key Constitutional right enshrined in the Fifth and Fourteenth Amendments, guarantees individuals fair procedures and protections when facing legal proceedings that could impact their interests like life, liberty or property.  This includes the right to notice, an opportunity to be heard, and an impartial decision maker.

1a.) Accordingly, in most legal systems, a Judge cannot merely "vouch" for a defendant in a copyright action, or any other legal action, because it would compromise the judges impartiality and create the appearance of a conflict of interest.   A judge simply cannot do such actions of "vouching" for a defendant and it not appear unfair and create a Conflict of Interest".  **(See: Judge Mehta quote in case 1:14-cv-02073).**

1b.) The **United States Supreme Court,** fully supported by the **U.S. Constitution,** has mandated that judges act as "Gatekeepers", especially when rejecting Expert testimony.  The Trial Court of case 06-cv-0480 failed to provide any legal basis for rejecting Expert Testimony in this case.  The Court **never** said the **Expert lacked qualifications,** whether the Experts methods were **unreliable**, whether the Expert Reports were **irrelevant**, or whether the Expert Reports were based upon **Speculation** or **Conjecture** or **Legal Conclusions.  (Please see: Daubert v. Merrill Dow Pharmaceuticals).**  Such refusal to Act as "Gatekeepers" and "vouching" for defendants in a Federal Copyright Action, instantly violates Plaintiff's 1st, 5th and 14th Amendment Rights.

2.) Likewise, the Trial Court of Case 06-cv-0480 had utterly no discretion to summarily reject being a Supreme Court mandated **Gatekeeper**, in the face of such telling Expert Reports (which were unlawfully rejected), without any legally recognizable explanation, other than merely saying the Expert Report is stricken when there was no violation of the rules expressed whatsoever.  **(But also See: FRCP Rule 26 (a)(2) (d.).**

3.) Regarding Expert Testimony, and the out-of-hand rejection thereof, it is clear that the unlawful rejection of its **Gatekeeper** Role allows the Court to easily misapply the Law, ——by simply blaming Plaintiff for the Expert Testimony rejection. See below:

## JUDGE PAUL FRIEDMAN'S STATEMENT ON THE RECORD:

*"....The Court determined that it would resolve any motion for summary judgement regarding the issue of Substantial Similarity without relying upon Expert Affidavits or Reports submitted by parties....Prunte v. Universal Music Group, 563 F. Supp. 2d at 42-43.  Accordingly, the Court instructed Mr. Prunte' to submit as evidence only (1) transcriptions of the lyrics at issue, and (2) sound recordings of the alleged infringed and infringing works.  Prunte' v. Universal Music Group, Civil Action No. 06-0480.  Memorandum Opinion and Order at 5 (D.D.C. Mar, 25, 2009.  The Parties were warned that no other evidence will be permitted except by leave of court"....Mr. Prunte' flagrantly disobeyed that order by submitting without leave an Expert Report....that was prepared by one David Mikeal and purports to analyze the similarities and differences between four sets of allegedly infringing/infringed songs...(See; Mikel Report. Case 06-0480)....As evidence of Mr. Mikeal's expertise, Mr. Prunte' has submitted only a printout of the Welcome page from Mr. Mikeal's website.......the court will strike Mr. Mikael's Report and will not consider it in deciding the defendant's Motion for Summary Judgment"…..(See: Case Number 06-eiv-0480)——*

4.) The words of the District Court , in rejecting Plaintiff's Expert Testimony, do not coincide or concur with the words of the **United States Supreme Court** regarding Expert Reports rejecting in any way, shape, form or fashion, on this issue and are a far cry from the intent of the Daubert Regimes requirements.  Please see below the Supreme Court Rule for rejecting Expert Testimony:

## WHAT THE U.S. SUPREME COURT SAID REGARDING REJECTION OF EXPERT TESTIMONY:

*"**Before** rejecting expert testimony, a judge **must first** determine whether the experts testimony is both relevant and reliable. This involves a "Gatekeeping Function", where the judge evaluates the methodology and basis of the Experts opinion.  The Court should consider factors like whether the theory or technique has been tested, peer-reviewed, and generally accepted within the relevant scientific community. Ultimately, the judge must ensure the experts opinion is based on sound science and reliable methods....(Please see: Fed. R. Of Evid. 702 and the Daubert Regime. ....General Electric Co. v. Joiner, 522 U.S. 136 (1997); Kumho Tire Co. v. Carmichael 526 U.S. 137 (1999).  Those are well-known as the "Daubert Trilogy".  See also Daubert v. Merrell Dow Pharmaceuticals Inc. 509 U.S. 579, (1993).*

4a.) While Judges have discretionary authority in ruling on Evidence, this authority is not unlimited.  The admissibility of Evidence is always determined by several legal grounds, including relevance, authenticity and foundation, reliability, and specific rules of Evidence such

as *Federal Rule of Evidence 403*, which allows exclusion if the Evidences value is outweighed by the risk of unfair prejudice or other issues.

4b.) Evidence obtained in violation of Constitutional Rights could also be excluded. However, Sound Recordings can not be excluded without a basis of the above stated grounds. *(Please see: Federal Rule of Evidence 901(A) &United States v. McKeever, 169 E. Supp. (S.D.N.Y 1958 and United States v. McMillan, 508 E2d 101, 104 (8th Circuit, 1974).*

4c.) Plaintiff has already supplied the Court with its requested Lyrics and Musical Sound Recordings—of (38) thirty-eight Original Songs, and legally protected as a collection of myriad other songs owned by the Plaintiff, which were still rejected with no explanation, even though the works were all "Fixed in a Tangible Medium", as the Copyright Act requires.

4d.) Courts have an "**Obligation** to act as "**Gatekeepers**" of Expert Testimony, ensuring it is reliable and relevant before it is presented to a jury. This **Obligation** stems from the Supreme Court's decision in *Daubert v. Merrell Dow Pharmaceuticals* and subsequent cases, which established the Daubert Standard for assessing the admissibility of expert evidence. In Courts that follow the Daubert Standard, (which includes all Federal Courts and a majority of State Courts), judges are required to act as "gatekeepers" to ensure that expert testimony is both reliable and relevant before it is presented to a jury.

4e.) Such a secret policy of Bold and High-handed Gatekeeper rejection and refusal, **disrupts Court operations, lets the guilty get away and forces the Court to operate outside the law,** as a matter of fact and law. This sentient plan of the defendants and Court Officers always works for defendants but never for Plaintiff's. Therefore, the Rule of Law itself is at risk—This matter affects every litigant bringing a Copyright Action in any case.

5.) Such conduct is ongoing. Obviously the Courthouse Comrades and their defendant, **UMG** and **J&G** counterparts really enjoy such a high-powered and secretive liaison. Plaintiff is merely one person among myriad persons who have fallen victim to such a secret alliance and scheme. The above described activities are sufficient to describe "Clear and Convincing" evidence of the activities of the Court Officers involved. An Evidentiary Hearing is hereby being requested.

6.) The following persons are considered "Unindicted Co-Conspirators" in this case where Officers of the Court merely refused to act as"**Gatekeepers**" regarding Expert Reports and many other Constitutionally mandated duties pertaining to the U.S. Copyright Act.:

7.) **United States Federal District Judge Paul Friedman, D.C. Circuit**. Judge Friedman refused to apply the U.S. Copyright Act in face of Expert testimony, by simply denying any Expert testimony with no explanation. The Judge refused to act in a "**Gatekeeper**" role. The

Judge also refused to apply the principles of the Daubert Regime or Fed. R. Of Evid. Rule 702. The judge refused to apply Summary Judgment Rules despite overwhelming proof of direct access and identical Protected Expression. Thus, UMG's Courthouse Comrade unlawfully allowed defendants to prevail by Summary **Judgment** in face of **"Identical and verbatim Protected Expression"** and overwhelming proof of Direct Access between the two songs in nearly every instance. Finally, in jest he declared that (3) three songs could be infringing, but I'll still rule against that"….(**See Case 06-0480**).

## JUDGE AMIT MEHTA'S STRANGE STATEMENT ON THE RECORD VOUCHING FOR DEFDENDANTS

**8.) United States Federal District Judge Amit Mehta, D.C. Circuit.** After Judge Friedman made such aberrant and unconstitutional decisions in the previous case, Plaintiff was under the impression that such aberrant rulings happened due to Judge Friedman's proprietary stock interests in **UMG** and **Vivendi**. **(See Case No. 06-0480)**. Judge Mehta merely followed suit with Judge Friedman's non-action on Constitutional matters,  but further declared that:
*" Because I know Jay Z and Kanye West, personally, there is no way they stole Plaintiff's works and I don't need expert testimony to decide this case". (Please see Case No. 1:14-cv-02073 (APM).*

**9.) United States District (former) Chief Judge, James Boasberg, D.C. Circuit.** Chief Judge Boasberg was the original Judge. *(Recently stopped by Mandamus to President Donald J. Trump, See Exhibit F).*  However, he also was suddenly and unconstitutionally removed from the entire case by the whimsicality of **Senator Charles "Chuck" Schumer** and **Congresswoman Eleanor Holmes Norton,** as if they were actually backed by the U.S. Constitution.  Eventually Judge Boasberg was replaced by Judge Friedman.  Plaintiff was never given notice of such changes or the reasons why.  The public needs to know how a Federal Judge can be simply removed at the whims of a Senator and a Congresswoman.

10.) While still performing its *"Extreme Due Diligence",* Plaintiff, in 2024, read a **CNN** article that spotlighted a certain judge and themed the article about alleged corruption in the Circuit, complete with an obvious victim—**this Plaintiff.**  The Plaintiff here, Mr. Prunty(e) was actually used by **CNN** as an example of such insidious, questionable and detrimental corruption, without saying what laws were being broken. .  Due diligence ended at that time.

## COUNT ONE—AGAINST UMG—42 USC 1981 (a) & (b) INTENTIONAL RACE DISCRIMINATION

11.) This Court has Subject Matter Jurisdiction over this Cause under 28 USC 1331, because these claims arise under the United States Constitution and laws of the U.S. under Statute 42

USC 1981 (a) & (b) and Jurisdiction to grant Declaratory Judgment is conferred by 28 USC 2201-02. There is also no time bar for asserting a *"Fraud Upon the Court"* claim. Jurisdiction is also herein applied under 18 USC 1596 and 18 USC 3271, as well as Chapter 77 regarding Peonage and the 5th and 13th Amendments.

12.) Plaintiff encountered a UMG dummy Corporation, Inside Sessions in or around 2003-2004. Inside Sessions began courting Plaintiff and his original songs around this time. Inside Sessions posed as a company close to UMG who was merely "**critiquing**" the songs, and informing Plaintiff that he should keep sending songs to the UMG company. It is a matter of Court records and defendants stipulations that at least (38) thirty-eight songs are involved, and defendants UMG had constant access to these songs. **(See: Case number 06-0480 and Case 1:14-cv-02073).**

13.) Plaintiff had no idea why UMG/Inside Sessions wanted so many Original songs at that time. Traditionally, a writer/producer is asked to provide a (3) three song demo to become involved with the UMG hiring process. Obviously now, UMG was merely harvesting songs to supply their new acts with new and vibrant material.

14.) Plaintiff contends that it was treated unfairly compared to a white person seeking the same type of recognition as that sought by the Plaintiff, but for UMG's decision to treat Plaintiff differently than it would a white persons in the same situation Plaintiff was overlooked and the songs, sent directly to the new acts of UMG.

15.) In essence, Plaintiff was led to believe he was being interviewed as a new producer/composer, while UMG wanted nothing but the songs, and because Plaintiff is Black, or African American or Negro or Colored, to UMG it really didn't matter that Plaintiff's property was taken in this way. **(See Defendants statement regarding Inside Sessions, Case 06-0480 and Case 1:14-cv-02073).**

16.) Plaintiff was born in Bluefield, West Virginia, formerly known as The Bluemont Plantation. Plaintiff is also a member of the Race of people formerly known as Chattel Slaves, whom prior to the passage of the 13th Amendment, were accustomed to having many things taken from them. Some of Plaintiff's family still inhabits the area, after 300+ years.

## DEMAND FOR RELIEF

17.) This case falls under 42 USC 1981 (a) & (b), and is based upon alleged racial discrimination and treating Plaintiff differently than a White person by coercing the African American Plaintiff to send them, (UMG & Inside Sessions), approximately (38) thirty-eight Original songs, and but for the antics of UMG and Inside Sessions, Plaintiff was overlooked for employment and UMG simply provided the Plaintiff's original songs to its new acts, with no pay and no word about why they were placing the Original Songs with new acts, and without telling Plaintiff.

18.) Therefore, damages should be based upon past situations where 42 USC 1981(a) & (b) was used to address and reach conduct like UMG in dealing with potential employees, and with a view to addressing cases where a person is treated differently than a White person and or where a person is further prevented from "Going to Court" by a loosely organized (gang) of Congressional and or Federal Court Officials who merely wanted to help a corporation, UMG in the matter, at anytime. Damages should be as follows:
**a.) Actually hire Plaintiff as a Composer/Producer and release at least (38) thirty-eight songs owned by Plaintiff, where the works are attributed to him , and expressed in a way that White Composers are paid for their Original works.**
**b.) Be enjoined forever from any claims in the songs at issue here, and provide a full accounting of how much money was made from the works for past (20) twenty years.**
**c.) Undue any ownership rights in any song allegedly intentionally infringed by UMG that is the subject matter of this case, and such change must be also reflected at the United States Copyright Office.**
**d.) Damages should also be Equitable, Compensatory and Punitive.**

19.) For the egregious and malicious nature of this case, and the racially discriminatory harm that would never have occurred but for the unlawful actions of UMG and Inside Sessions, Plaintiff believes Punitive damages should also be applied at the Courts discretion. Such relief should be therefore in addition to Equitable relief, in an effort to rectify the situation and prevent future discrimination.

20.) This Court should also enjoin defendants UMG and Inside Sessions from further using and exploiting any songs allegedly infringed, going forward, without express permission of the Copyright Owner. This Court should also specify and demand that UMG create and implement controls over employees with a wayward racist profile and or change any policy that supports such a posture.

21.) Plaintiff seeks an Evidentiary Hearing on this count. Monetary relief should be additionally based on total financial losses and Emotional Distress and the Punitive damages based upon the

malicious and reckless acts of Racial Discrimination by defendant UMG, and for any other and further relief this Honorable Court deems just and proper.


**COUNT TWO—FRAUD UPON THE COURT—BY THE COURT AND OFFICERS OF THE COURT—AGAINST UMG, JENNER & BLOCK AND UNINDICTED CO-CONSPIRATOR U.S. FEDERAL JUDGES—A U.S. SENATOR AND A U.S.CONGRESSWOMAN AND ATTORNEYS WHO HANDLED THE CASES FOR UMG & JENNER&BLOCK**

22.) This Court has Jurisdiction over this case involving Fraud Upon the Court—by the Court and Officers of the Court.  Since this is a Civil proceeding, Jurisdiction generally lies with the Court that issued the Order or Judgment being challenged.  This includes the power to set aside or vacate a judgment obtained through such **Fraud Upon the Court, by the Court and Officers of the Court.**

**"A SECRET AND SENTIENT PLAN TO DISRUPT USUAL COURT PROCESSES"**

23.) In all adversarial proceedings, litigants have a duty of full disclosure and honesty with the Court. *(See: Model Rules of Professional Conduct, r. 3.3 (Am Bar Ass'n 1983)*.  This case doesn't involve a single person, but instead every author that comes before this Court for Copyright Infringement, or wherever UMG and Jenner & Block is involved, and the same Cartel or Cabal merely chooses to ignore the U.S. Supreme Court and other duties that Officers of the Court must abide by, especially when a litigant appears Pro se..

24.) The cases are myriad where this link with UMG and or Jenner & Block with courthouse connections was employed. Therefore, the integrity of the entire Judicial Process is thereby compromised due to this alliance of UMG and Jenner and Block with Officers of this Honorable Court, where  the Idea/Expression Dichotomy and the substantial similarity analysis was rejected along with "gatekeeper duties" of the defendants UMG, Jenner & Block, and the unindicted co-conspirators.

25.) The secret alliance created by the high-powered defendants UMG and Jenner & Block, almost withstood time itself. *(See: Hazel-Atlas Glass. Hartford Empire Co., 322 U.S. 238, 245-246 (1944)—(creating the standard for fraud upon the court), but also see: United States v. Throckmorton,, 98 U.S. 61 1878).*

26.) Such alleged conduct of rejecting the bedrock of the Copyright Act (Substantial Similarity Analysis) as well as the Rules regarding Expert Testimony and Protected Expression, which is designed for every litigants fairness and justification for the "appearance of justice", makes such

conduct **"Extraordinary"** in every aspect of the word. If such an alliance is allowed to thrive and survive, the entire Judicial Process as well as the United States Copyright Act would be under **UMG** control, literally.

27.) The **Fraud Upon the Court** being alleged here, gives Courts the inherent authority to address any fraud that undermines the integrity of the judicial process, and this Honorable Court is empowered to take action even after a judgment has been finalized. To be clear, this is not a case of Fraud between parties. This is a matter where UMG and Jenner & Block and their attorneys set in motion a sentient and subversive plan to subvert Justice and the Rule of Law, by violating the Rule of Law, and attempting to manipulate and steal a Pro Se' Plaintiff's property as well as subvert the Courthouse and its usual processes.

28.) However, Plaintiff further alleges that such conduct of the named defendants and the unindicted co-conspirators, was done to interfere with the "Fair Adjudication" of a Copyright Infringement Lawsuit filed in this District by Plaintiff.

## DUE DILLIGENCE

29.) After nearly (20) twenty years of research and reacting to defendants subterfuge and crafty legal wisdom, as reflected in their papers rejecting the complained of rules, it's "Gatekeeper" roles, the substantial similarity and Protected Expression Regimes, Plaintiff learned in 2024, of a **CNN** article about the D.C. Circuit and Corruption. The Plaintiff, Mr. Prunty, was used as an example by **CNN**. CNN spoke about a judge who claimed he didn't need to go by precedent or Court rules, since he knew the music genre as well as the defendants——(See: Case 1:14-cv-02073). Plaintiff's Due Diligence halted right there, since it had basically also learned of its true Cause of Action at the same time——**Fraud Upon the Court, by the Court....**

30.) In order to learn of this Cause of Action, Plaintiff, acting Pro Se', was compelled to learn of the multi-facetedRules of Law as well as the Copyright Act, Summary Judgment Rules and the Idea/Expression Dichotomy, what is Protected Expression,,, etc... and many other factors leading to the herein stated Causes of action. This took time. However, it is also shown by "clear and convincing evidence" that defendants **UMG, Jenner & Block, the unindicted co-conspirator Federal Judges,** the **Senator** and the **Congresswoman,** (The Senator and the Congresswoman merely played musical chairs with Federal Judges in the case), all played their part in developing this Cause of Action, and such a secretive, sentient and surreptitious connection to the Federal Courts needs to be stopped, reprimanded and nullified instantly, or else, Justice can never appear to be fair in this Court.

31.) Therefore, all defendants as well as the unindicted co-conspirator judges knew collectively that they were going to ignore the U.S. Supreme Court's **"Gatekeeper mandates"** as well as the

Daubert Regime, Fed. R. Of Evid. 702 and the Substantial Similarity Regime regarding the inappropriate use of Summary Judgment in the face of overwhelming proof of direct Access and identical chorus lines and Protected Expression throughout the case. Therefore, the co-conspirators merely ignored Plaintiff's infringed protected expression under the guise of Summary Judgement regarding (38) thirty-eight songs.

32.) This "team" of defendants UMG and Jenner & Block along with their "Courthouse Cronies", describes people who are in a position of power to wreak havoc on any World or local Economy, or where fairness is tantamount to legal perfection, and they must be censured and stopped immediately and all the Judgements relating to this **"team"**, should be rendered null and void.

## DEMAND FOR RELIEF

33.) First of all, the named defendants (and not the unindicted co-conspirators) need to be sanctioned under FRCP Rule 11. That is a sanction directed at how a party and the Law is treated, compared to legal requirements. Next, the sanction should be directed by the U.S. Government, since all the named defendants need to be sanctioned by Justice itself, initially.

34.) Vacate the so-called Judgement relating to case #06-0480 and case # 1:14cv-02073, and allow the present case to proceed against the minimum of **(38) thirty-eight songs** Plaintiff initially sued about, and which were trivialized and stolen by UMG with the help of their "Courthouse Cronies", including Jenner & Block.

35.) Hold an evidentiary hearing to determine what parts of Plaintiffs works contain protected expression and identical protected expression in chorus lines——compare the chorus lines and protected expression of each work in totality, incorporating a "concept and feel" theory ultimately, after Protected Expression and Substantial Similarity has been identified by Expert Testimony.

36.) Lastly, Plaintiff needs to be compensated by Punitive and or Equitable/Compensatory damages for its Due Diligence in uncovering this **_Special Species of Fraud_** against the United States Government, the U.S. Copyright Act, and Authors and Composers and Creators of content already stolen by this **team**, going backwards and forward.

37.) Since the unindicted co-conspirator Federal Judges and the defendants well knew that the complete rejection of the **"Gatekeeper Roles"** **_"Idea/Expression Dichotomy"_**, the **_"Substantial Similarity Analysis Regime"_** and the Regimes of **"_Daubert_"** and **"_Fed. R. Of Evid. 702"_**, was a mere signal to the recalcitrant co-conspiratorial defendants, that Plaintiff's **Due Process Rights** were being violated with a heavy hand.

38.) They all collectively violated the Supreme Court Rules regarding Expert Testimony and "Gatekeeper Roles" and a Plaintiff's Protected Expression. Such a reality is shameful. This Honorable Court should apply the heavy hand of the law to those who would break and challenge the Constitutional law in this way, and for any other and further relief this Honorable Court deems just and proper.

## COUNT THREE—FRAUDULENT CONCEALMENT AGAINST UMG—JENNER & BLOCK, AND UNINDICTED CO-CONSPIRATOR FEDERAL JUDGES —A SENATOR AND A CONGRESSWOMAN

39.) This Court has Jurisdiction over this allegation of Fraudulent Concealment. Because this case arises under Federal Law, Courts must apply the **Federal Doctrine of Fraudulent Concealment,** which generally extends the Statute of Limitations, when a defendants fraudulent actions have concealed the existence of a cause of action, as in this case where mere jokes were made during trial about Plaintiff's Protected Expression.

40.) Here, the Fraudulent Concealment Doctrine applies to defendants acts due to their failure to disclose, in writing, the rejection of the "Gatekeeper Roles", "the Substantial Similarity Regime" where direct access proof is overwhelming, and Protected Expression is shown in the chorus lines of the complaining works, the Daubert Regime and the Regime of Fed. R. Of Evidence. 702, all in one case, as if the Pro Se Plaintiff wasn't even there.

41.) Because the defendants rejected all the rules regarding the fairness of Copyright cases and the truth telling process doctrines set forth millennium ago, such failures and future responses should be viewed with trepidation and fear of such conduct becoming a staple where huge companies can secretly manipulate the law and Officers of the Court to the detriment of blinded parties.

42.) The named defendants attempted to thwart justice by concealing the material facts regarding the Supreme Court mandates"Gatekeeper Roles", "Subsubstantial Similarity Regime, the Daubert Regime or Rule 702 of the Fed. Evid. Regime and Federal Rule of Evidence 403. Such insolence or ignorance is unheard of. No Court rejects the "Gatekeeper Roles", Substantial Similarity Analysis, or the Daubert Regime or Rule 702 accidentally. The defendants had no business having identical expressions within the chorus lines of the complained of works, and still prevail on Summary Judgment.

43.) Pure Fraudulent Concealment. Thus, the above named defendants knowingly concealed the material facts of The Substantial Similarity analysis in Copyright Infringement cases, and concealed the material facts regarding their role as "gatekeepers" under the Daubert Regime or Rule 702 of the Rules of Evidence. Such concealment caused Plaintiff to suffer extreme

damages for years. All defendants had a duty to disclose the above noted facts, and intentionally concealed the same, knowing Plaintiff was not the wiser regarding the concealed facts stated, resulting in harm to the Plaintiff.

44.) The material facts regarding the Substantial Similarity Regime and the Expert testimony regime, are clearly matters relevant to decision-making, while full knowing that such decisions are tainted by such other myriad and unlawful rejections by Officers of the Court. Although all defendants had a duty to disclose the matters under professional duties and legal obligations, they all refused to abide by such rules.

45.) All named defendants "Passively failed to disclose Material Facts" about the above issues, when they all had a duty to do so. Had the Plaintiff known of such a passive failure, it would have greatly influenced Plaintiff's actions. Plaintiff relied upon such passive concealment, and was misled as a result. Plaintiff failed to act based upon the Passively concealed Material Facts.

## DEMAND FOR RELIEF

46.) For the following reasons, defendants are liable to the Plaintiff for the Fraudulent Concealment which was unconscionable and egregious.
A.) The "Gatekeeper Role", the Idea/Expression Dichotomy, the Substantial Similarity Analysis, The Daubert Regime and Fed. R.of Evid. 702 were intentionally and passively concealed, which successfully influenced all Plaintiff's actions during cases 04-0480 and 1:14-cv-02073.
B.) All named defendants had a Duty to Disclose all material facts regarding the above named legal requirements.
C.) All named defendants intended to defraud Plaintiff of its (38) thirty-eight songs containing words and music. All defendants knew what was being concealed merely to induce the desired actions from the unaware Plaintiff.
D.) Plaintiff relied upon such mis-information to its detriment, and was thereby misled, performing actions that would have been different had Plaintiff known the truth of the matter.
E.) Plaintiff was injured in its song properties it owns as a direct result of the Fraudulent Concealment. Such damages take the form of financial losses and injury to Plaintiff's reputation. Because of the relationship between the parties and because defendants acted unconscionably, damages should also be Punitive, due to the unfair and unjust way Plaintiff's property and its reputation was handled, and for any other and further relief this Honorable Court deems just and proper.

## COUNT FOUR—PEONAGE UNDER 18 USC 1581 AND 18 USC 1594 ET SEQ. AGAINST UMG, JENNER & BLOCK AND UNINDICTED CO CONSPIRATOR FEDERAL JUDGES—A SENATOR AND A CONGRESSWOMAN AND MYRIAD ATTORNEYS FOR JENNER & BLOCK

47.) This Court has Jurisdiction over this Cause of Action pursuant to the 13th Amendment of the United States Constitution. Venue is proper in this Court pursuant to 28 USC 1391(a)(1) &(2), (b) (2), (c) (3), (e)(1) & (2), because all of the events complained of giving rise to plaintiffs claims occurred in the DC Circuit, and arise out of a common nucleus of operative facts, and form part of the same case or controversy under Article III of the U.S. Constitution, pursuant to 18 USC 1581, et seq.

48.) From 2003 until around 2005, Plaintiff, at no charge, sent defendants UMG/Inside Sessions, a minimum of (38) thirty-eight original songs.  (See: Case 06-cv-0480 & Case 1:14-cv-02073). The only thing UMG/Inside Sessions usually told Plaintiff was to lower the bass and or refrain from profanity.  This type of phrase was typical and uttered intermitently only after Plaintiff had sent them myriad original songs.

49.) In around 2006, Plaintiff learned that the same songs sent to UMG/Inside Sessions, were being released by new acts on the UMG label, without ever telling Plaintiff.  Plaintiff then sued UMG. *(See: Case Numbers 06-0480 and 1:14-cv-02073).*

50.) Plaintiff was "held" from the outset by UMG/Inside Sessions, for nearly (20) twenty years, with the extended and passively concealed help and assistance of Court Officials, a U.S. Senator and a Congresswoman, set up in a judicially sophisticated and sentient way to keep Plaintiff asleep about the material facts for time immemorial.

51.) Although 18 USC Code 1594 and 1595 are descriptive of the complained of allegations, such are not exhaustive, but are utilized for the sake of brevity here.  There will be more specifications at a later date. Most appropriately, 18 USC 1581 will suffice presently.

### DEMAND FOR RELIEF

52.) Plaintiff alleges he has been a Peon of UMG and others, for years, and forced to engage in Involuntary Servitude in violation of the Statute, 18 USC 1581 and the 13th Amendment, and seeks monetary compensation based upon such Peonage of nearly (20) twenty years, by defendants UMG, Jenner & Block, as well as the unindicted co-conspirators who are Federal Judges, a Senator and a Congresswoman, of harming Plaintiff in this way, and thereby "holding" Plaintiff in a condition of Involuntary Servitude and Peonage for nearly (20) twenty years.

53.) Obviously, because UMG nor Inside Sessions never charged or paid Plaintiff for the songs constant supply, Plaintiff was under the further impression that he would be rewarded by UMG soon for developing these songs should they become hits. Plaintiff was also under the impression that UMG/Inside Sessions would also pay for these song services from a publishing context going forward. However, Plaintiff soon learned that UMG was merely stealing original songs.

54.) Such conduct is indeed wrong and dirty dealing but it is reached by the 13th Amendment to the United States Constitution. The defendants are not alleged to have used actual force, but a legal coercion of a type never seen before, to induce the necessary force to accomplish the goals of involuntary servitude or peonage on a civil, criminal and judicial level. However, for purposes of 18 USC 1581, 1583 and 1584, the use or threatened use of, law or physical force is not an essential element of a charge of holding in Involuntary Servitude.

55.) Damages should be punitive and Compensatory. Plaintiff respectfully prays for this Honorable Court to also Vacate the dishonest Judgment that applies to the secretive activities of all Court Officers involved and named in this case, who applied the above described shenanigans, and for any other and further relief this Court deems just and proper.

## COUNT FIVE—VIOLATIONS OF THE 5TH AND 14TH CONSTITUTIONAL AMENDMENTS AGAINST UMG, JENNER & BLOCK, AND THE UNINDICTED CO-CONSPIRATOR FEDERAL JUDGES AND A SENATOR AND A CONGRESSWOMAN

56.) Jurisdiction is proper under the 5th and 14th Constitutional Amendments pursuant to the Due Process Clause and the U.S. Constitution. Venue is proper in this Honorable Court pursuant to *28 USC 1391, (a),(1)&(2), (b) (2), (c), (2)&(3), and (e)(1)&(2)*, because all of the acts or omissions occurred in the District of Columbia, and form part of the same case or controversy under Article III of the U.S. Constitution.

57.) The blatant refusal to allow Plaintiff Due Process of Law, intentionally violates the Due Process Clause, and generally protects against State action depriving individuals of life, liberty or property without Due Process of Law, it also implies certain requirements for fair and impartial Judicial proceedings.

58.) The US Constitution requires that Federal and State governments must abide by the 14th and 5th Amendments, to protect the essential interests of all citizens. Under the 5th and 14th Amendments of the US Constitution, the Court and its Officers are obliged to guarantee Due Process to all its citizens.

59.) The Amendments, also known as the Due Process Clause, protects citizens when the Government itself deprives those citizens of Life, Liberty or Property, and Limits governments arbitrary exercise of its powers. The US Constitution requires that two types of Due Process apply.  Procedural Due Process and Substantive Due Process. In this case, both classifications are at issue here.  Plaintiff was given no notice and no opportunity to be heard regarding the blatantly unlawful actions of defendants regarding Plaintiffs coveted original works, and that the arbiter must be neutral in its decision making.

60.) For a hearing to be "fair", the following is required:
*A.) A neutral and unbiased tribunal*
*B.) A notice of the government's intended action and the asserted grounds for it.*
*C.) The opportunity for the individual to present the reasons why the government should move forward with the intended action.*
*D.) The right for the individual to present evidence, including the right to call a witness.*
*E.) The right for the individual to see the opposing side's evidence.*
*F.) The right to cross-examination of the opposition's witnesses.*
*G.) A decision based exclusively on the evidence presented.*
*H.) The opportunity to representation by counsel.*
*I.) The requirement that the tribunal prepare a record of the evidence presented, outlining the written findings of fact and the reasons for such decision….*
**(See: "Some Kind Of Hearing"…By Famous Judge Henry Friendly)…**

61.) Therefore, and as a matter of fact and law, based merely on the duties refused  by so-called "Officers of the Court", this Plaintiff has never received a fair hearing on its Copyright Infringement case.  In this case, Plaintiff was unlawfully deprived of at least (38) thirty-eight original songs of **astronomical** value by Governmental and Court Officers and the high powered defendants.  **(****Plaintiff intends to also petition the US Attorney General regarding 42 USC 14141 and this case.).**

62.) In essence, a Judge loses Jurisdiction or can have their actions overturned if they fail to adhere to the Principles of Due Process and Equal Protection enshrined in the Fourteenth Amendment. This includes issues of impartiality, subject matter jurisdiction, procedural fairness, and ensuring equal treatment under the law.

## DEMAND FOR RELIEF

63.) *…No person shall be held to answer for a capitol, or otherwise infamous crime, unless on a presentment or indictment of a grand jury, except in cases arising in the land or naval forces, or in the militia, when in actual service in time of war or public danger, nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty*

*or property without Due Processor Law, nor shall private property be taken for public use, without just compensation....*

64.) The Fifth Amendment requires compensation for the taking of Property", it does not require payment for losses or expenses incurred by property owners or tenants incidental to or as a consequence of the taking of real property.

65). Fraud on the Court (by the Court), is considered to be one of the most serious violations that can occur within a Court of Law. If Fraud on the Court occurs, the entire case is voided or cancelled. This means that any ruling or judgment that the Court has issued will be rendered void. Additionally, the case will need to be retried, and with different Court Officials. This is often done in an entirely different venue in order to avoid further instances of Fraud on the Court, the case may be tried in an entirely different county of the State.

66.) Clearly, it can be seen how unindicted co-conspirator Federal Judges craftily and Fraudulently Concealed material facts regarding a Copyright action involving words and music versus their roles rejected regarding "*gatekeeper*" duties and obligations. Obviously, also being concealed was the **Due Process of Law.** Plaintiff, became perplexed about what its cause of action actually was, for years, as the Courts machinery had been manipulated by Officers of the Court who constantly used mere aberrant conclusions and opinions, at peril of Plaintiffs property and attendant rights. This Honorable Court should determine the amount of Punitive Damages and Compensatory damages, and any other and further relief this Court deems just and proper.

## COUNT SIX ——A CIVIL CONSPIRACY TO COMMIT FRAUD UPON THE COURT——BY THE COURT, AGAINST UMG AND JENNER & BLOCK——FRAUDULENT CONCEALMENT——RACE DISCRIMINATION——PEONAGE AND CRIMINAL COPYRIGHT INFRINGEMENT AS WELL AS UNINDICTED CO-CONSPIRATORS WHO ARE UNITED STATES FEDERAL JUDGES, A SENATOR AND A CONGRESSWOMAN

67.) This Honorable Court has Jurisdiction over this case on the basis of *"Conspiracy Jurisdiction"*. For Criminal Copyright Infringement, Jurisdiction is based on *17 USC 506 and 18 USC 2319*. Intentional Concealment of Material Facts will be proven by these allegations and this action. Venue is proper in this Court pursuant to 28 USC 1391(a)(1)&(2), (b)(2), (c)(2)(3), (c)(1)&(2), because all of the events, acts and or omissions giving rise to Plaintiff's claims which occurred in the District of Columbia. The Conspiracy charged herein is not a separate Cause of Action, but is instead a mere platform for establishing Vicarious Liability for the underlying torts being herein alleged.

68.) Although all the above defendants and the indicted co-conspirators are deemed to have set foot in this Forum, UMG does indeed also have a main office located in France, it is believed. Plaintiff is therefore alleging there that all the named defendants performed a criminal act or a legal act through criminal means.

69.) A Civil Conspiracy occurs when 2 or more people agree to engage in a criminal act or an activity to accomplish an unlawful purpose or goal, with an injury to this bystander Plaintiff occurring as a result of such collusion and conspiratorial conduct.

70.) Allegedly, Jenner & Block, UMG and its attorneys and other Officers of the Court, all Conspiratorially ignored their duties under the law, and thereby conspired to ignore all duties regarding the **"Gatekeeper Roles", the Idea/Expressions Dichotomy Regime",** the **"Substantial Similarity Analysis Regime, the Daubert Regime and the Regime of Fed. R. Of Evid. 702**

71.) The refusal to abide by the Rules and Duties that attend to the Statutes provides "smoking gun"evidence of the intentional suppression of Material Facts, targeting Plaintiff and his property and effects since all defendants had the same duty to disclose the Material Facts of the Daubert Regime, Rule of Evid, 702 and the Substantial Similarity Analysis Regime.

72.) Therefore, the concerted efforts of all named defendants to ignore their Constitutional Duties, merely to deprive Plaintiff of property, is "clear and convincing". Therefore, two or more of the above named defendants agreed and understood the objectives to ignore Judicial Duties regarding the aforementioned Statutes. Abuse in this case occurred when the Court Officials refused to allow the "Gatekeeper Roles", the Substantial Similarity Analysis, the Daubert Regime and Fed, R.. of Evid. 702 in a Complex Copyright case, involving words and music.

73.) Abuse occurs when a material factor deserving significant weight, is ignored, and when an improper factor is relied upon, or when all proper and no improper factors are assessed, but a Court makes a serious mistake in weighing them...*(See: Independent Oil and Chemical Workers of Quincy, Inc., v. Proctor & Gamble Mfg, Co., 864 F. 2d, 929 (1st Cir. 1988 and Anderson v. Cryovac, Inc., 862 F.2d 910, 923 (1st Cir. 1988).*

74.) It is further alleged that 2 or more named defendants committed an unlawful act in furtherance of the Conspiracy, and well understood the objectives and the manner to achieve the unlawful objective. i.e. the outright refusal of Court Officers to abide by Constitutional and Court duties that are mandated by the "Gatekeepers Roles", Idea/Expression Dichotomy, Substantial Similarity Analysis Regime, the Daubert Regime and Fed. R. Of Evid. 702, as a matter of fact and law.

75.) Thus, Plaintiff is a person who was not a party to the secrets the unindicted co-conspirators and the defendants shared. The passive manner of ignoring judicial duties implicates all the named defendants in allegations of:

**A.) Fraud Upon the Court —by the Court**
**B.) Fraudulent Concealment**
**C.) Race Discrimination**
**D.) Peonage**
**E.) 5th and 14th Amendment violations**
**F.) Criminal Copyright Infringement**
**G.) Conspiracy to engage in the above conduct**

76.) UMG, Jenner and Block easily represent the 2 or more persons who committed an unlawful act in furtherance of the Conspiracy. For instance:

77.) The refusal to abide by Constitutional and Statutory duties covers "Fraud Upon the Court—by the Court, Fraudulent Concealment, 5th and 14th Amendment violations, Race Discrimination, Peonage, Criminal Copyright Infringement and the Conspiracy to accomplish the goals of stealing Plaintiffs astronomically valuable (38) thirty-eight original Songs.

78.) Thus, 2 or more of the above named defendants decided to ignore Constitutional and Statutory Duties regarding the "Gatekeeper Roles", the Idea/Expression Dichotomy, the Daubert Regime, Fed. R. Of Evid. 702 and the Substantial Similarity Analysis and the Protected Expression Regime, merely to strip Plaintiff of its rights and property.

## DEMAND FOR RELIEF

79.) As a matter of fact and law—defendants UMG, Jenner & Block, and the unindicted co-conspirator Federal Judges and Senator and Congresswoman, and myriad attorneys, conspired together to **move around Federal Judges**, **ignore Constitutional and Judicial Duties**, in step for step fashion, and states a scenario that only the defendants and its Court Officers/Cronies were aware of with the material facts about the case that only they would know—along with the present Plaintiff and the Rule of Law itself.

80.) UMG and Jenner and Block, therefore conspired with several other Federal Judges, a Senator and a Congresswoman, to perform Fraud Upon the Court—by the Court, Fraudulent Concealment, Race Discrimination, Peonage, Criminal Copyright Infringement and Conspiracy to perform the same by collectively and conspiratorially utilizing mere "opinions and conclusions"——along with the complete rejection of Expert Testimony as well as the Substantial Similarity Analysis Regime, in order to unlawfully thwart the duties and responsibilities of Judicial Officers of the Court.

81.) The Senator and the Congresswoman stepped outside their boundaries when they removed Federal Judges from the bench and replaced them with Activist Judges who merely made a mockery of the Law and the Plaintiff.

82.) The 1992 amendments to section 2319 have made it possible to pursue felony level sanctions for violations relating to all types of copyrighted works, including computer software and other works written, stored or transmitted in a digital format, if the other elements of the statute are satisfied. Felony penalties only attach to violations of a victim's rights of reproduction or distribution in the quantity stated.

83.) Therefore, the named defendants committed the unlawful act of colluding with Court Officers that were told to ignore the "Gatekeeper Roles", the Idea/Expression Dichotomy, the Daubert Regime, the Substantial Similarity Analysis Regime and Fed. R. Of Evid. 702 by the defendants——as a matter of fact and law. Such matters, when ignored and rejected with no explanation, also constitute "two or more" defendants committing an unlawful act in furtherance of the complained of Conspiracy, and all proceeded upon this unlawful objective by uttering mere "opinions and conclusions" in a Complex Copyright action concerning words and music.

84.) Although direct access had been proven overwhelmingly, and many songs had verbatim similarities in the chorus line areas, the Substantial Similarity Analysis was rejected and words and music was never discussed by the conspiratorial Court Officers. The Court Officers even refused to be **"Gatekeepers"** regarding Expert testimony under the Daubert Regime and Rule 702. Plaintiff seeks an Evidentiary Hearing regarding this Count.

85.) Plaintiff, is a person not a party to the Conspiratorial Schemes and Plans of the above named defendants and is injured as a result of this Civil Conspiracy. Additionally, conspirators who injure an individual as a result of their unlawful act in furtherance of a Conspiracy are jointly and severally liable for all the injured party's damages, independent of other conspirators. Damages should be equitable and compensatory as well as Punitive, and for any other and further relief this Honorable Court deems just and proper.

### COUNT SEVEN——CRIMINAL COPYRIGHT INFRINGEMENT AGAINST UMG, JENNER AND BLOCK AND UNINDICTED CO-CONSPIRATORIAL FEDERAL JUDGES, A SENATOR AND A CONGRESSWOMAN

86.) This Court has Jurisdiction over this Criminal Copyright Infringement matter under 17 USC 501 and 506 et seq. and 18 USC 2319. Likewise, Venue is proper in this Forum under 28 USC 1400 and for the same reasons Jurisdiction is proper.

87.) With regard to Criminal Copyright Infringement allegations, Plaintiff owns a valid Copyright in at least (38) thirty-eight original songs that were initially and intentionally infringed by defendants, and a lawsuit ensued in 2006.

88.) The defendants exacerbated the matter when they influenced Officers of the Court, a US Senator and a Congresswoman, to ignore Constitutional Duties and Statutorily mandated obligations, merely to blind and bind the Plaintiff from knowing of its true Cause of Action. These defendants and their cohorts, are being herein accused of having a fantasy trial on Copyright Infringement, where the Plaintiff is simply left out of the loop. In leaving Plaintiff ***"out of the loop"***, the defendants intentionally rejected their duties under the law, merely to take Plaintiff's song property.

89.) Thus, this taking was accomplished by "Fraud Upon the Court—by the Court"—Fraudulent Concealment—Rejection of Expert Testimony as well as rejection of the Substantial Similarity Analysis Regime and rejection of Expert testimony according to Fed. R. Of Evidence 702 and the "Gatekeeper Roles". Therefore, Criminal Copyright Infringement allegations have been triggered by the defendants themselves.

90.) Now, with the original infringement consummated and nearly (20) twenty years have gone by, the Fraudulent Concealment was almost perfect...the "Fraud Upon the Court—by the Court—was successful...and countless other authors have already suffered by the secret alliance of UMG and Jenner and Block....and the copyright infringement is still alive and criminal. The songs were already infringed by defendants UMG and Jenner and Block, who also chose to take over the Courthouse by controlling their rulings in the manner described by this case.

91.) Even attempts to infringe are prohibited to the same extent as the completed act. Conspiracies to violate the Criminal Copyright Statute can also be prosecuted under 18 USC 371. Defendant UMG gained overwhelming direct access to at least (38) thirty-eight original songs from around 2003 until 2005.

## DEMAND FOR RELIEF

92.) On May 9, 2024, in a 6-3 decision, the Supreme Court of the United States affirmed the US Court of Appeals for the Eleventh Circuit's prior ruling, holding that a Plaintiff with a timely infringement claim under the Discovery Rule is entitled to damages regardless of when the infringement occurred. *(See: Warner Chappell Music, Inc., v. Nealy, Case No. 22-1078, 2024 WL 2061137 (US May 9, 2024) (Kagen, J.)(Gorsuch, J, dissenting).*

93.) Under the Discovery Rule, Plaintiff herein alleges that this case is about "Fraud Upon the Court" and "Fraudulent Concealment" of the material facts of the case, for nearly (20) twenty years. However, Plaintiff just learned of its complete cause of action after extreme Due Diligence and a CNN report of possible corruption at the DC Circuit. This Plaintiff was used as an example by CNN. Therefore, in or around July 2024, Plaintiff Discovered its Cause of Action.

94.) The filing of this action after the Discovery Rule makes this action timely. The Supreme Court confirmed that Section 507(b) of the Copyright Act does not establish a three-year limit on recovering damages. As such, there is no time limit on monetary recovery, and a Copyright Owner possessing a timely claim is entitled to damages for infringement no matter when the infringement occurred. *(See: Warner Chappell Music, Inc., v. Nealy, Case No. 22-1078, 2024, WL 2061137 (US May. 9, 2024).*

95.) This Copyright is valid, as evidenced by the previous cases. The defendants UMG and their Attorneys Jenner and Block intentionally infringed upon such Copyrighst for the past (20) twenty years. Such Infringement was willful and done for commercial advantage and public and private financial gain.

96.) Such copying is proven by "clear and convincing evidence" of UMG moving forward and taking over the Courthouse in order to further secure the steal. Plaintiff here seeks Equitable and Compensatory relief as well as Punitive damages due to the egregious level of blatant intentional song theft perpetrated by UMG and Jenner and Block and the other unindicted co-conspirators, and for any other and further relief this Honorable Court deems just and proper.

## SIGNING AND MAIL CERTIFICATION

97.) Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

98.) I also declare under penalty of perjury that the above described Complaint was sent by Certified U.S. Mail or Email to the following Corporations and Individual defendants.



8/20/25

**ROBERT R. PRUNTY(e)**
**427 WEST HICKORY STREET**
**ARCADIA, FLORIDA 34266**

**UNITED STATES DISTRICT COURT**
**D.C. CIRCUIT COURT**
**CLERKS OFFICE**
**333 PENNSYLVANIA AVENUE N.W**
**WASHINGTON, D.C.**

**UNIVERSAL MUSIC GROUP**
**2220 Colorado Avenue**
**Santa Monica, California 90404**

**Also:**
**UNIVERSAL MUSIC GROUP**
**s-Gravelandseweg 80, Hilversum, 1217 EW, Netherlands**

**Also:**
**JENNER & BLOCK LLP**
**1099 New York Avenue, NW Suite 900,**
**Washington, D.C. 20001**
jschools@jenner.com

Copies also sent to:

The Honorable President of the United States,
Donald J. Trump
1100 S. Ocean Blvd.
Palm Beach, Florida 33480

The Honorable Pam Bondi, Attorney General of the United States
United States Department of Justice
950 Pennsylvania Avenue, NW

Washington, D.C. 20530

The Honorable Mr. Kash Patel
FBI Director
935  Pennsylvania Ave. NW
Washington, D.C. 20535-0001


President Trump's Attorney
The Honorable Ms. Alina Habba
970 Broad Street, 7th Floor,
Newark, New Jersey 07102

CNN Headquarters
190 Marieta Street NW
Atlanta, Georgia