UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT R. PRUNTY**,<br>427 West Hickory St.<br>Arcadia, FL 34266<br><br>            Plaintiff,<br><br>    v.<br><br>**UNIVERSAL MUSIC GROUP,**<br><br>**JENNER & BLOCK LLP,**<br>1099 New York Avenue NW<br>Suite #900<br>Washington, D.C. 20001,<br><br>    **and**<br><br>**"Several Officers Of The Court Who Are Unindicted Conspirator Federal Judges, A Senator, A Congresswoman and Myriad Attorneys**,"<br><br>            Defendants. | Case No. 1:25-cv-02376-TJK |

**DEFENDANT JENNER & BLOCK'S MOTION
TO DISMISS PLAINTIFF'S COMPLAINT AND FOR INJUNCTIVE RELIEF**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Jenner & Block respectfully moves this Court for an order dismissing this case with prejudice and enjoining Plaintiff from filing additional actions related to or arising out of these proceedings; the proceedings in Case No. 1:06-cv-00480; the proceedings in Case No. 1:14-cv-02073; or the operative facts alleged in the complaints in such proceedings. In support of this motion, Jenner & Block respectfully refers the Court to the accompanying memorandum of points and authorities,

filed concurrently with this motion.  Pursuant to Local Civil Rule 7(c), a proposed order consistent with this motion is attached.

Dated: October 24, 2025                   Respectfully submitted,

/s/ *Alex S. Trepp*
Alex S. Trepp (#1031036)
JENNER & BLOCK LLP
1099 New York Ave., NW, Suite 900
Washington, DC 20001
Tel: (202) 639-6000
Fax: (202) 639-6066
ATrepp@jenner.com

*Attorney for Defendant Jenner & Block LLP*

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2025, I filed the foregoing document with the Clerk of Court for the United States District Court for the District of Columbia using the court's CM/ECF filing system. Additionally, on the same day, I caused a copy of the foregoing document to be mailed to Plaintiff Robert R. Prunty at his mailing address on record with the Court by certified mail.

/s/ *Alex S. Trepp*
Alex S. Trepp (#1031036)
JENNER & BLOCK LLP
1099 New York Ave. NW, Suite 900
Washington, DC 20001
Tel: (202) 639-6000
Fax: (202) 639-6066
ATrepp@jenner.com