UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT R. PRUNTY**,<br><br>Plaintiff,<br><br>v.<br><br>**UNIVERSAL MUSIC GROUP, JENNER & BLOCK LLP, and "Several Officers Of The Court Who Are Unindicted Conspirator Federal Judges, A Senator, A Congresswoman and Myriad Attorneys**,"<br><br>Defendants. | Case No. 1:25-cv-02376-TJK |

**DECLARATION OF ALEX S. TREPP
IN SUPPORT OF JENNER & BLOCK'S MOTION
TO DISMISS AND FOR INJUNCTIVE RELIEF**

I, ALEX S. TREPP, declare as follows:

1. I am a Partner at Jenner & Block LLP, and counsel for Defendant Jenner & Block LLP (Jenner & Block) in the above-captioned action. I submit this Declaration in support of the motion of Jenner & Block to dismiss the Complaint against them pursuant to Federal Rule of Civil Procedure 12(b)(6) and for injunctive relief. I have personal knowledge of the following facts.

2. On Friday, October 3, 2025, an individual delivered to a mailroom employee at Jenner & Block's office in Washington, D.C. a package containing several documents. A true and correct copy of the documents is attached as **Exhibit A**.

3. Attached as **Exhibit B** is a copy of an Amended Complaint filed in *Prunté v. Universal Music Group*, No. 1:06-cv-00480-PLF (D.D.C.) on May 4, 2006, as ECF No. 6, which was retrieved from this Court's electronic filing system.

4. Attached as **Exhibit C** is a copy of an Amended Complaint filed in *Prunty v.*

*Vivendi*, No. 1:14-cv-02073-APM (D.D.C.) on February 5, 2015, as ECF No. 6, which was retrieved from this Court's electronic filing system.

  5.  I declare under penalty of perjury that the foregoing is true and correct, and that I executed this declaration on October 24, 2025.

*[signature]*

**Alex S. Trepp (#1031036)**
JENNER & BLOCK LLP
1099 New York Ave., NW, Suite 900
Washington, DC 20001
Tel: (202) 639-6000
Fax: (202) 639-6066
ATrepp@jenner.com
*Attorney for Defendant Jenner & Block LLP*