# EXHIBIT A
## To Declaration of Alex S. Trepp

1

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION - Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

Robert L. Prunty(e)
_____
*Plaintiff(s)*

v.    Jenner &

UMG Inc. & Block LLC
_____
*Defendant(s)*

Case No: _____

## NOTICE AND ACKNOWLEDGMENT OF SERVICE

To (insert name and address of the party to be served):    Corporate officer
Jenner & Block LLC    agent
1099 New York Avenue N.W. Suite 900
Washington, D.C. 20001

    The enclosed summons, complaint, initial order, and any addendum are served in accordance with Superior Court Rule of Civil Procedure 4(c)(5).

    Please sign and date the Acknowledgement at the bottom of the page. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, please indicate your relationship to that entity in the space beside your signature. If you are served on behalf of another person and you are authorized to receive process, please indicate your authority in the space beside your signature.

    If you do not complete and return the form to the sender within 21 days after it was mailed and you do not show good cause for this failure, you (or the party on whose behalf you are being served) will be required to pay 1) the costs incurred in serving the summons, complaint, initial order, and any addendum in any other manner permitted by law and 2) the reasonable expenses, including attorney's fees, for any motion required to collect those service expenses.

    If you do complete and return this form, you (or the party on whose behalf you are being served) must answer the complaint within 21 days after you have signed, dated, and returned the form (or within 60 days if the party being served is the United States, the District of Columbia, or officers or employees of either). If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.

    This Notice and Acknowledgment of Receipt of Summons, Complaint, Initial Order, and Any Addendum was mailed on (insert date): _____

_____        _____
*Signature*                                              *Date of Signature*

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS, COMPLAINT, INITIAL ORDER, AND ANY ADDENDUM

    I (print name) _____ received a copy of the summons, complaint, initial order, and any addendum in the above captioned matter at (insert address): _____
_____
_____

_____    _____    _____
*Signature*                          *Relationship to Defendant/Authority*       *Date of Signature*
                         *to Receive Service*

Para pedir una traducción, llame al (202) 879-4828        如需翻译,请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction
Dé có một bài dịch, hãy gọi (202) 879-4828        ለአማርኛ ትርጉም ከፈለጉ በ (202) 879-4828 ይደውሉ        번역을 원하시면, (202) 879-4828 로 전화주십시오

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Robert K. Trunty(e)
_____
Plaintiff(s)

v.                                    Civil Action No.    1:25-cv-02376

Universal Music Group Jennifer
Block
_____
Defendant(s)

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
Universal Music Group (UMG) - 2220 Colorado Ave.
Santa Monica, California 90405

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert K. Trunty(e)
427 W. Hickory St.
Arcadia, Florida 34266

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date:    7/24/2025                              /s/ Dwight Patterson
                                               _____
                                               Signature of Clerk or Deputy Clerk

Mr. Robert R. Prunty(e)
427 West Hickory Street
Arcadia, Florida 34266
ibeninaodady@gmail.com
(863) 991-5195

## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA DISTRICT COURT

**ROBERT R. PRUNTY(E)**          **CASE NUMBER  1:25-cv-02376**
**(PLAINTIFF PRO SE)**              **JUDGE:**

**AMENDED COMPLAINT AS OF COURSE**

**EXTREME FRAUD UPON THE COURT**
**AN ACTION TO VOID A JUDGEMENT**
**EVIDENTIARY HEARING REQUESTED**
**Vs.**                          **VIOLATIONS OF CONSTITUTIONAL RIGHTS**
**RACE DISCRIMINATION**
**JURY TRIAL REQUESTED**
**INJUNCTIVE AND DECLARATORY RELIEF**
**REQUESTED**

**UNIVERSAL MUSIC GROUP, (UMG), JENNER & BLOCK, (JB) & SEVERAL**
**OFFICERS OF THE COURT WHO ARE UNINDICTED CO-CONSPIRATOR**
**FEDERAL JUDGES, A SENATOR, A CONGRESSWOMAN AND MYRIAD**
**ATTORNEYS**
**(DEFENDANTS)**

"If you've committed Fraud, we're coming after you"...
The Honorable Pam Bondi, Attorney General of the United States of America

## NATURE AND HISTORY OF THE ACTION AFTER DUE DILIGENCE APPLIED AND EXTREMELY EGREGIOUS DISREGARD OF THE RULE OF LAW DISCOVERED. UNCHECKED POWER DESTROYS COPYRIGHT ACT PRINCIPLES.

1.) Due to the media using the words "Cartel" or "Cabal" so much these days, one instantly thinks of a group of Spanish-speaking or Mexican persons selling drugs and people and harming and or killing Americans. However, these words can also apply to American Corporations and United States Federal Courtrooms secret dealings with corporations that eventually and actually controls justice and manipulates the Rule of Law by such secret alliances.

1a.) This case is about secret connections between the Courthouse and Corporations, seeking to control Judicial outcomes for the sake of power and profit. These Defendants and their "Courthouse Cronies" merely refused, concertedly and conspiratorily, to chose to ignore the Idea/Expression Dichotomy regarding verbatim or identical lifting of the chorus lines of a larger body of work or to abide by the U.S. Supreme Court regarding **Fed. R. Of Evid. 702**, the **Daubert Regime** and the **Substantial Similarity Regime** regarding overwhelming proof of direct access and verbatim protected expression in verbatim or identical chorus lines between songs. Surely, Plaintiff's protected expression has been unlawfully taken by the **cabal** or **cartel** being sued about herein.

1b.) It took the Plaintiff's Extreme Due Diligence to discover that UMG and Jenner & Block are the authors and creators of a **"Secret Judicial Cabal"**, where persons or Original Authors can never win a case, despite Overwhelming Proof of Direct Access and Identical Chorus lines, while the defendants merely ignore the **Idea/Expression Dichotomy,** as long as the Court Co-conspirators can unilaterally and unlawfully ignore Judicial Rules and objectives pertaining to the **Substantial Similarity Regime, The Daubert Regime** and the **Regime of Fed. R. Of Evid. 702.**

2.) More specifically, defendants and the unindicted coconspirator Judges also conspiratorially and passively chose to merely ignore the"Idea /Expression Dichotomy when in this case, many songs show identical chorus lines expressing identical themes in the face of overwhelming proof of intense and prolific direct access.

2a.) The Court simply rejected, out of hand, Plaintiff's Expert testimony with no plausible explanation or discretion, except to reprimand Plaintiff pro se that a mere local rule was violated. In this instant case, over (38) thirty-eight songs were stolen in this way.

3.) Thus, the unindicted co conspirator judges possessed so much "unchecked power", that one Judge exclaimed on the record, that "**Jay Z and Kanye West would never steal songs because he knew them personally**"....another Judge said "**I think 3 songs could be infringing, but, I'm gonna still rule against Plaintiff**"....(**Please see: Case 06-0480 and Case 1:14-cv-02073**). Instead of following the Law, these tax-payer paid individuals merely told jokes, at Plaintiff's expense. This, standing alone, sounds like its 1825 instead of 2025.

4.) That Court ruled against Plaintiff in Summary Judgment, in the face of overwhelming proof of direct access, as well as identical chorus lines, which is considered "protected expression" in the song market according to the U.S. Copyright Law. Thus, the un-indicted co-conspirator judges merely ignored Plaintiff's "protected expression" unlawfully.

4a.) However, due to the Fraudulent Concealment and Fraud Upon the Court, by the actual Court, Plaintiff has finally, years later, learned of its Causes of Action in this case. The foregoing and following is a restatement of Plaintiff's findings, through its own Due Diligence, of Defendants and unindicted co-conspirators activities and non-activities regarding the handling of the Facts of this case.

5.) Please be advised that the indicted co-conspirator judges, and defendants, and the Senator and the Congresswoman are deemed to be "**Masters of Law**" and fully able to blind and bind anyone regarding the concealment of material facts of any case, most notably, the **Regimes of Daubert, Fed.R. of Evid. 702** and the **Substantial Similarity Regime** as it pertains to overwhelming proof of direct access and identical chorus lines being sufficient to defeat any motion for Summary Judgment.

6.) Therefore, Defendants and the unindicted co-conspirator judges, have concocted a "sentient plan" to merely ignore the commands of the **U.S. Supreme Court**, as well as their "**gatekeeper**" roles regarding Expert Testimony and **Fed. Rule of Evid. 702** regarding expert testimony, plus the **Daubert Regime** regarding expert testimony and the **Substantial Similarity Regime** regarding overwhelming proof of direct access and identical expression and, in some cases, verbatim chorus lines, and have Plaintiff still lose by Summary Judgement.

6a.) Thus, Plaintiff was never there when the Courthouse Judicial Activists/Cronies acted, since they violated their own duties regarding the above named Regimes, with Defendants acquiescence and gleeful approval all the way.

7.) However, Plaintiff has also learned, after nearly (20) twenty years, that the defendants had Conspiratorially enlisted at least (3) three members of the United States Judiciary to literally **take** Plaintiff's coveted works without Due Process of Law or obligation to Constitutional and

Judicial duties regarding the *Idea/Expression Dichotomy, The Substantial Similarity Analysis Regime* or *Fed. R. Of Evidence. 702* or the *Daubert Regime.*

8.) The amendment to rule 702 emphasizes that expert testimony is not presumed admissible, (or inadmissible). The judges must make a preliminary determination about the admissibility of the testimony based on the *"sufficient facts or data standard",* which allows Rule 702 to be activated and recognized.

9.) Accordingly, the Daubert Regime and Fed, R. Of Evid 702 does not allow the activities of the judges as well. No. A Judge cannot completely ignore the Idea/Expression Dichotomy, the Daubert Regime or Fed. R. Of Evid. 702. The Daubert Standard, established in Daubert v. Merrill Dow Pharm., requires Judges to act as **"gatekeepers"** in all Complex or scientific cases. This court disregarded the above mandates with no regard to Plaintiff's rights or their own duties.

10.) Thus, these aberrant, unilateral and Ultra Vires acts of federal judge un-indicted co-conspirators, denied Plaintiff it's day in Court, Plaintiff never had a fair hearing or any hearing at all, based merely upon the refusal of the un-indicted co-conspirators to act as *"gatekeepers"* instead of *"jokesters".* The federal judge un-indicted co-conspirators decisions to ignore their Constitutional Duties and abide by 17 USC 501, Fed, R. Of Evid. 702 and the Daubert Regime, as a matter of fact and law, would deny any American citizen its rights in the United States. Such actions intentionally created "A Fraud Upon the Court, by the Court, and a masterful "Fraudulent Concealment" of Plaintiff's actual cause of action, until now.

11.) While still performing its "Due Diligence", Plaintiff, in 2024, read a CNN article that spotlighted a certain judge and based the article on alleged corruption in the Circuit, complete with an obvious victim—this Plaintiff. The Plaintiff here, Mr. Prunty(e) was used by CNN as an example of such insidious and detrimental corruption. Due diligence ended at that time.

12.) The United States Supreme Court, on many occasions, has restated and reaffirmed that Judges must be **"gatekeepers"** regarding Expert testimony in order to avoid the mere gamesmanship that the unindicted co-conspirator judges employed in the charade played under the guise of a Copyright Action where fairness should have been the main focus. (**See: Daubert v. Merrell Dow Pharmaceuticals, (1993).** The Supreme Court has recently decided that rogue judges must be merely ignored. (**Please see: Department of Education, et al vs. California, April 4, 2025).**

## COUNT ONE—AGAINST UMG—42 USC 1981 (a) & (b) INTENTIONAL RACE DISCRIMINATION

13.) This Court has Subject Matter Jurisdiction over this Cause under 28 USC 1331, and because those claims arise under the United States Constitution and laws of the U.S. under Statute 42 USC 1981 (a) & (b) and Jurisdiction to grant Declaratory Judgment is conferred by 28 USC 2201-02. There is also no time bar for asserting a *"Fraud Upon the Court"* claim. Jurisdiction is also herein applied under 18 USC 1596 and 18 USC 3271, as well as Chapter 77 regarding Peonage and the 5th and 13th Amendments.

14.) Plaintiff encountered a UMG dummy Corporation, Inside Sessions in or around 2003-2004. Inside Sessions began courting Plaintiff and his original songs around this time. Inside Sessions posed as a company close to UMG who was merely "critiquing" the songs, and informing Plaintiff that he should keep sending songs to the UMG company. It is a matter of Court records and defendants stipulations that at least (38) thirty-eight songs are involved, and defendants UMG had constant access to these songs. **(See: Case number 06-0480 and Case 1:14-cv-02073).**

15.) Plaintiff has no idea why UMG/Inside Sessions wanted so many Original songs. Traditionally, a writer/producer is asked to provide a (3) three song demo to become involved with the UMG hiring process. Obviously now, UMG was merely harvesting songs to supply their new acts with new and vibrant material.

16.) Plaintiff contends that it was treated unfairly compared to a white person seeking the same type of recognition as that sought by the Plaintiff, but for UMG's decision to treat Plaintiff differently than it would a white persons in the same situation Plaintiff was overlooked and the songs, sent directly to the new acts of UMG.

17.) In essence, Plaintiff was led to believe he was being interviewed as a new producer/composer, while UMG wanted nothing but the songs, and because Plaintiff is Black, or African American or Negro or Colored, to UMG it really didn't matter that Plaintiff's property was taken in this way. **(See Defendants statement regarding Inside Sessions, Case 06-0480 and Case 1:14-cv-02073).**

18.) Plaintiff was born in Bluefield, West Virginia, formerly known as The Bluemont Plantation. Plaintiff is also a member of the Race of people formerly known as Chattel Slaves, who prior to the passage of the 13th Amendment, were accustomed to having many things taken from them. Some of Plaintiff's family still inhabits the area, after 300+ years.

## DEMAND FOR RELIEF

19.) This case falls under 42 USC 1981 (a) & (b), and is based upon alleged racial discrimination and treating Plaintiff differently than a White person by coercing the African American Plaintiff to send them approximately (38) thirty-eight Original songs, and but for the antics of UMG and Inside Sessions, Plaintiff was overlooked and UMG simply provided the songs to its new acts, with no pay and no word about why they were placing the Original Songs with new acts, without telling Plaintiff.

20.) Therefore, damages should be based upon past situations where 42 USC 1981(a) & (b) was used to address and reach conduct like UMG in dealing with potential employees, and with a view to addressing cases where a person is treated differently than a White person and or where a person is further prevented from "going to Court" by a loosely organized group of Congressional and or Federal Court Officials who merely wanted to help UMG in the matter. Damages should be as follows:

**a.) Actually hired Plaintiff as a Composer/Producer and released at least (38) thirty-eight songs, where the works are attributed to him, and expressed in a way that White Composers are paid for their Original works.**

**b.) Be enjoined forever from any claims in the songs at issue here, and provide a full accounting of how much money was made from the works for past (20) twenty years.**

**c.) Undue any ownership rights in any song allegedly intentionally infringed by UMG that is the subject matter of this case, and such change must be also reflected at the United States Copyright Office.**

**d.) Damages should also be Equitable, Compensatory and Punitive.**

21.) For the egregious and malicious nature of this case, and the racially discriminatory harm that would never have occurred but for the unlawful actions of UMG and Inside Sessions, Plaintiff believes Punitive damages should also be applied at the Courts discretion. Such relief should be therefore in addition to Equitable relief, in an effort to rectify the situation and prevent future discrimination.

22.) This Court should also enjoin defendants UMG and Inside Sessions from further using and exploiting any songs allegedly infringed, going forward, without express permission of the Copyright Owner. This Court should also specify and demand that UMG create and implement controls over employees with a wayward racist profile and or change any policy that supports such a posture.

23.) Monetary relief should be additionally based on total financial loses and Emotional Distress and the Punitive damages based upon the malicious and reckless acts of Racial Discrimination by defendant UMG, and for any other and further relief this Honorable Court deems just and proper.

### COUNT TWO—FRAUD UPON THE COURT—BY THE COURT AND OFFICERS OF THE COURT—AGAINST UMG, JENNER & BLOCK AND UNINDICTED CO-CONSPIRATOR U.S. FEDERAL JUDGES—A U.S. SENATOR AND A U.S.CONGRESSWOMAN

24.) This Court has Jurisdiction over this case involving Fraud Upon the Court—by the Court and Officers of the Court. Since this is a Civil proceeding, Jurisdiction generally lies with the Court that issued the Order or Judgment being challenged. This includes the power to set aside or vacate a judgment obtained through such Fraud Upon the Court, by the Court and Officers of the Court.

25.) In all adversarial proceedings, litigants have a duty of full disclosure and honesty with the Court. *(See: Model Rules of Professional Conduct, r, 3.3 (Am Bar Ass'n 1983).* This case doesn't involve a single person, but instead every author that comes before this Court for Copyright Infringement, or wherever UMG is involved and the same Cartel or Cabal merely chooses to ignore the U.S. Supreme Court and other duties that Officers of the Court must abide by.

26.) The cases are myriad where this link with UMG and or Jenner & Block with courthouse connections was employed. Therefore, the integrity of the entire Judicial Process is compromised due to the alliance of UMG and Jenner and Block with Officers of the Court, where the Idea//Expression Dichotomy and the substantial similarity analysis is rejected along with "gatekeeper duties" of the defendants UMG, Jenner & Block, and the unindicted co-conspirators.

27.) The secret alliance created by the high-powered defendants UMG and Jenner & Block, almost withstood time itself. *(See: Hazel-Atlas Glass. Hartford Empire Co., 322 U.S. 238, 245-246 (1944)—(creating the standard for fraud upon the court), but also see: United States v. Throckmorton,, 98 U.S. 61 1878).*

28.) Such alleged conduct of rejecting the bedrock of the Copyright Act (Substantial Similarity Analysis) as well as the Rules regarding Expert Testimony, designed for every litigants fairness and justification for the "appearance of justice", makes such conduct "**Extraordinary**" in every aspect of the word. If such an alliance is allowed to thrive and survive, the entire Judicial Process as well as the United States Copyright Act would be under **UMG** control.

29.) This case reveals conduct of a most egregious level of Judicial Misconduct. It is clear and convincing that without a true substantial similarity analysis, there can be no enforcement of the Copyright Act. Likewise, without gatekeeper functions governed by the Daubert Regime and Fed. R. Of Evid. 702., there can be no fair adjudication of Copyright cases.

30.) The Fraud Upon the Court being alleged here, gives Courts the inherent authority to address any fraud that undermines the integrity of the judicial process, and the Court is empowered to take action even after a judgment has been finalized. To be clear, this is not a case of Fraud between parties. This is a matter where UMG and Jenner & Block ant their attorneys set in motion a sentient and subversive plan to subvert Justice and the Rule of Law, by violating the Rule of Law, and attempting to manipulate and steal a Pro Se' Plaintiff's property as well as subvert the Courthouse and its usual processes.

31.) However, Plaintiff further alleges that such conduct of the named defendants and the unindicted co-conspirators, was done to interfere with the "Fair Adjudication" of a. Copyright Infringement Lawsuit filed by Plaintiff.

## DUE DILLIGENCE

32.) After nearly (20) twenty years of research and reacting to defendants subterfuge and crafty legal wisdom, as reflected in their papers rejecting the complained of rules, Plaintiff learned in 2024, of a CNN article about the D.C. Circuit and Corruption. The Plaintiff, Mr. Prunty, was used as an example by CNN. CNN spoke about a judge who claimed he didn't need to go by precedent or Court rules, since he knew the music genre as well as the defendants——(See: Case 1:14-cv-02073). Plaintiff's Due Diligence halted right there, since it had basically also learned of its true Cause of Action at the same time.

33.) In order to learn of this Cause of Action, Plaintiff, acting Pro Se', was compelled to learn of the Rules of Law as well as the Copyright Act, Summary Judgment Rules and the Idea/Expression Dichotomy and many other factors leading to the herein stated Causes of action. However, it is also shown by "clear and convincing evidence" that defendants **UMG, Jenner & Block, the unindicted co-conspirator Federal Judges,** the **Senator** and the **Congresswoman,** (The Senator and the Congresswoman merely played musical chairs with Federal Judges in the case), all played their part in developing this Cause of Action, and such a secretive, sentient and surreptitious connection to the Federal Courts needs to be stopped, reprimanded and nullified instantly, or else, Justice can never appear to be fair in this Court.

34.) Therefore, all defendants as well as the unindicted co-conspirator judges knew collectively that they were going to ignore the U.S. Supreme Court as well as the Daubert Regime, Fed. R. Of Evid. 702 and the Substantial Similarity Regime regarding the inappropriate use of Summary

Judgment in the face of overwhelming proof of direct Access and identical chorus lines. Therefore, the co-conspirators merely ignored Plaintiff's infringed protected expression under the guise of Summary Judgement.

35.) This "team" describes people who are in a position of power to wreak havoc on any World or local Economy, or where fairness is tantamount to legal perfection, and they must be censured and stopped immediately and all the Judgements relating to this "team", should be rendered null and void.

## DEMAND FOR RELIEF

36.) First of all, the named defendants (and not the unindicted co-conspirators) need to be sanctioned under FRCP Rule 11. That is a sanction directed at how a party and the Law is treated, compared to legal requirements. Next, the sanction should be directed by the U.S. Government, since all the named defendants need to be sanctioned by Justice itself, initially.

37.) Vacate the so-called Judgement relating to case #06-0480 and case # 1:14cv-02073, and allow the case to proceed against the minimum of (38) thirty-eight songs Plaintiff initially sued about.

38.) Hold an evidentiary hearing to determine what parts of Plaintiffs works contain protected expression and compare the chorus lines and protected expression of each work.

39.) Lastly, Plaintiff needs to be compensated by Punitive and or Equitable/Compensatory damages for its Due Diligence in uncovering this **Species of Fraud** against the United States Government, the U.S. Copyright Act, and Authors and Composers and Creators of content already stolen by this **team**, going forward.

40.). Since the John Doe unindicted co-conspirator Federal Judges and the defendants well knew that the complete rejection of the *"Idea/Expression Dichotomy"*, the *"Substantial Similarity Analysis Regime"* and the Regimes of *"Daubert"* and *"Fed. R. Of Evid. 702"*, was a mere signal to the recalcitrant co-conspiratorial defendants, that Plaintiff's **Due Process Rights** were being violated with a heavy hand. They all collectively violated the Supreme Court Rules regarding Expert Testimony and a Plaintiff's Protected Expression. Such a reality is shameful. This Honorable Court should apply the heavy hand of the law to those who would break and challenge the law in this way, and for any other and further relief this Honorable Court deems just and proper.

**COUNT THREE—FRAUDULENT CONCEALMENT AGAINST UMG—JENNER &
BLOCK, AND UNINDICTED CO-CONSPIRATOR FEDERAL JUDGES —A SENATOR
AND A CONGRESSWOMAN**

41.) This Court has Jurisdiction over this allegation of Fraudulent Concealment. Because this
case arises under Federal Law, Courts must apply the **Federal Doctrine of Fraudulent
Concealment,** which generally extends the Statute of Limitations, when a defendant's fraudulent
actions have concealed the existence of a cause of action, as in this case where mere jokes were
made during trial about Plaintiff's Protected Expression.

42.) Here, the Fraudulent Concealment Doctrine applies to defendants acts due to their failure to
disclose, in writing, the rejection of the "Substantial Similarity Regime" where direct access
proof is overwhelming, and protected expression is shown in the chorus lines of the complaining
works, the Daubert Regime and the Regime of Fed. R. Of Evidence. 702, all in one case, as if
the Pro Se Plaintiff wasn't even there.

43.) Because the defendants rejected all the rules regarding the fairness of Copyright cases and
the truth telling process doctrines set forth millennium ago, such failures and future responses
should be viewed with trepidation and fear of such conduct becoming a staple where huge
companies can secretly manipulate the law and Officers of the Court to the detriment of blinded
parties.

44.) The named defendants attempted to thwart justice by concealing the material facts regarding
the "Subsubstantial Similarity Regime, the Daubert Regime or Rule 702 of the Fed. Evid.
Regime. Such insolence is unheard of. No Court rejects the Substantial Similarity Analysis, or
the Daubert Regime or Rule 702 accidentally. The defendants had no business having identical
expressions within the chorus lines of the complained of works, and still prevail on Summary
Judgment.

45.) Fraudulent Concealment. Thus, the above named defendants knowingly concealed the
material facts of The Substantial Similarity analysis in Copyright Infringement cases, and
concealed the material facts regarding their role as "gatekeepers" under the Daubert Regime or
Rule 702 of the Rules of evidence. Such concealment caused Plaintiff to suffer extreme damages
for years. All defendants had a duty to disclose the above noted facts, and intentionally
concealed the same, knowing Plaintiff was not the wiser regarding the concealed facts stated,
resulting in harm to the Plaintiff.

46.) The material facts regarding the Substantial Similarity Regime and the Expert testimony
regime, are clearly matters relevant to decision-making, while fully knowing that such decisions
are tainted by such other myriad and unlawful rejections by Officers of the Court. Although all

defendants had a duty to disclose the matters under professional duties and legal obligations, they all refused to abide by those rules.

47.) All defendants intentionally concealed the facts about the <u>Daubert Regime, Rule 702</u> or the <u>Substantial Similarity Analysis, and intentionally rejected their Judicial Duties under these Rules and Statutes,</u> while their sole purpose was to deceive Plaintiff, and Plaintiff lacked any knowledge about these concealed material facts. The concealed facts were concealed in order to deceive Plaintiff. Plaintiff relied upon the charade played by the defendants, and Plaintiff would have acted or reacted differently had he known of the concealed facts.

48.) Thus, all named defendants had a duty to disclose material facts about the Idea/Expression Dichotomy, the Substantial Similarity Regime, the Daubert Regime and Fed. R. Of Evid. 702, which resulted in harm to Plaintiff and his property. Likewise, all named defendants knew full well of their duties to disclose such material facts, while actively concealing such material facts, intending to deceive the Plaintiff, misleading him and causing him to suffer damages in property and self as a result of such concealment.

49.) All named defendants "Passively failed to disclose Material Facts" about the above issues, when they all had a duty to do so. Had the Plaintiff known of such a passive failure, it would have greatly influenced Plaintiff's actions. Plaintiff relied upon such passive concealment, and was misled as a result. Plaintiff failed to act based upon the Passively concealed Material Facts.

## DEMAND FOR RELIEF

50.) For the following reasons, defendants are liable to the Plaintiff for the Fraudulent Concealment which was unconscionable and egregious.

A.) The Idea/Expression Dichotomy, the Substantial Similarity Analysis, The Daubert Regime and Fed. R.of Evid. 702 were intentionally and passively concealed, which successfully influenced Plaintiff's actions during cases 04-0480 and 1:14-cv-02073.

B.) All named defendants had a Duty to Disclose all material facts regarding the above named legal requirements.

C.) All named defendants intended to defraud Plaintiff of its (38) thirty-eight songs containing words and music. All defendants knew what was being concealed merely to induce the desired actions from the unaware Plaintiff.

D.) Plaintiff relied upon such mis-information to its detriment, and was thereby misled, performing actions that would have been different had Plaintiff known the truth of the matter.

E.) Plaintiff was injured in its song properties it owns as a direct result of the Fraudulent Concealment. Such damages take the form of financial loses and injury to Plaintiff's reputation. Because of the relationship between the parties and because defendants acted unconscionably, damages should also be punitive, due to the unfair and unjust way Plaintiff's property and its reputation was handled, and for any other and further relief this Honorable Court deems just and proper.

## COUNT FOUR—PEONAGE UNDER 18 USC 1581 AND 18 USC 1594 ET SEQ.AGAINST UMG, JENNER & BLOCK AND UNINDICTED CO CONSPIRATOR FEDERAL JUDGES—A SENATOR AND A CONGRESSWOMAN

51.) This Court has Jurisdiction over this Cause of Action pursuant to the 13th Amendment of the United States Constitution. Venue is proper in this Court pursuant to 28 USC 1391(a)(1) &(2), (b) (2), (c) (3), (e)(1) & (2), because all of the events complained of giving rise to plaintiffs claims occurred in the DC Circuit, and arise out of a common nucleus of operative facts, and form part of the same case or controversy under Article III of the U.S. Constitution, pursuant to 18 USC 1581, et seq.

52.) From 2003 until around 2005, Plaintiff, at no charge, sent defendants UMG/Inside Sessions, a minimum of (38) thirty-eight original songs. (See: Case 06-cv-0480 & Case 1:14-cv-02073). The only thing UMG/Inside Sessions usually told Plaintiff was to lower the bass and or refrain from profanity. This type of phrase was typical and uttered only after Plaintiff had sent them myriad original songs.

53.) In around 2006, Plaintiff learned that the same songs sent to UMG/Inside Sessions were being released by new acts on the UMG label, without ever telling Plaintiff. The plaintiff then sued UMG. (See: Case Numbers 06-0480 and 1:14-cv-02073).

54.) Plaintiff was "held" from the outset by UMG/Inside Sessions, for nearly (20) twenty years, with the extended and passively concealed help and assistance of Court Officials, a U.S. Senator and a Congresswoman, set up in a judicially sophisticated way to keep Plaintiff asleep about the material facts for time immemorial.

55.) Although 18 USC Code 1594 and 1595 are descriptive of the complained of allegations, such are not exhaustive, but are utilized for the sake of brevity here. There will be more specifications at a later date. Most appropriately, 18 USC 1581 will suffice presently.

## DEMAND FOR RELIEF

56.) Plaintiff alleges he has been a Peon of UMG and others, for years, and forced to engage in Involuntary Servitude in violation of the Statute, 18 USC 1581 and the 13th Amendment, and seeks monetary compensation based upon such Peonage of nearly (20) twenty years, by defendants UMG, Jenner & Block, as well as the unindicted co-conspirators who are Federal Judges, a Senator and a Congresswoman, of harming Plaintiff in this way, and thereby "holding" Plaintiff in a condition of Involuntary Servitude and Peonage for nearly (20) twenty years.

57.) Obviously, because UMG nor Inside Sessions ever charged or paid Plaintiff for the songs constant supply, Plaintiff was under the further impression that he would be rewarded soon for developing these songs should they become hits. Plaintiff was also under the impression that UMG/Inside Sessions would pay for these song services from a publishing context going forward. However, Plaintiff soon learned that UMG was merely stealing original songs.

58.) Such conduct is wrong and dirty dealing but it is reached by the 13th Amendment to the United States Constitution. The defendants are not alleged to have used actual force, but a legal coercion of a type never seen before, to induce the necessary force to accomplish the goals of involuntary servitude or peonage on a civil, criminal and judicial level. However, for purposes of 18 USC 1581, 1583 and 1584, the use or threatened use of law or physical force is not an essential element of a charge of holding in Involuntary Servitude.

59.) Damages should be punitive and Compensatory. Plaintiff respectfully prays for this Honorable Court to also Vacate the dishonest Judgment that applies to the secretive activities of all Court Officers involved and named in this case, who applied the above described shenanigans, and for any other and further relief this Court deems just and proper.

## COUNT FIVE—VIOLATIONS OF THE 5TH AND 14TH CONSTITUTIONAL AMENDMENTS AGAINST UMG, JENNER & BLOCK, AND THE UNINDICTED CO-CONSPIRATOR FEDERAL JUDGES AND A SENATOR AND A CONGRESSWOMAN

60.) Jurisdiction is proper under the 5th and 14th Constitutional Amendments pursuant to the Due Process Clause and the U.S. Constitution. Venue is proper in this Honorable Court pursuant to 28 USC 1391, (a),(1)&(2), (b) (2), (c), (2)&(3), and (c)(1)&(2), because all of the acts or omissions occurred in the District of Columbia, and form part of the same case or controversy under Article III of the US Constitution.

61.) The blatant refusal to allow Plaintiff Due Process of Law, intentionally violates the Due Process Clause, and generally protects against State action depriving individuals of life, liberty or property without Due Process of Law, it also implies certain requirements for fair and impartial Judicial proceedings.

62.) One judge, of case no. 1:14-cv-0273(apm), completely ridiculed Plaintiff and the entire Rule of Law, by stating…*"I know Kanye West and JayZ…they would not steal your songs"*…The other judge, of case 06-0480….simply rejected expert testimony, without the determination that such evidence was relevant or irrelevant, in violation of the Daubert Regime and Fed. R. Of Evid. 702.  This judge also decided it could decide Substantial Similarity all by itself, with no explanation of how (38) thirty-eight songs could be different from the infringing songs. (See: Exhibit B). That judge even declared that "3 songs could be infringing, but I don't think so…"

63.) The US Constitution requires that Federal and State governments must abide by the 14th and 5th Amendments, to protect the essential interests of all citizens. Under the 5th and 14th Amendments of the US Constitution, the Court and its Officers are obliged to guarantee Due Process to all its citizens.

64.) The Amendments, also known as the Due Process Clause, protects citizens when the Government itself deprives those citizens of Life, Liberty or Property, and Limits governments arbitrary exercise of its powers.

65.) The US Constitution requires that two types of Due Process apply.  Procedural Due Process and Substantive Due Process. In this case, both classifications are at issue here.  Plaintiff was given no notice and no opportunity to be heard regarding the blatantly unlawful actions of defendants regarding Plaintiffs coveted original works, and that the arbiter must be neutral in its decision making.

66.) For a hearing to be "fair", the following is required:

*A.) A neutral and unbiased tribunal*
*B.) A notice of the government's intended action and the asserted grounds for it.*
*C.) The opportunity for the individual to present the reasons why the government should move forward with the intended action.*
*D.) The right for the individual to present evidence, including the right to call a witness.*
*E.) The right for the individual to see the opposing side's evidence.*
*F.) The right to cross-examination of the opposition's witnesses.*
*G.) A decision based exclusively on the evidence presented.*
*H.) The opportunity to representation by counsel.*

*I.) The requirement that the tribunal prepare a record of the evidence presented, outlining the written findings of fact and the reasons for such decision….*
**(See: "Some Kind Of Hearing"…By Famous Judge Henry Friendly)…**

67.) Therefore, and as a matter of fact and law, based merely on the duties refused by so-called "Officers of the Court", this Plaintiff has never received a fair hearing on its Copyright Infringement case. In this case, Plaintiff was unlawfully deprived of at least (38) thirty-eight original songs of <u>astronomical</u> value by Governmental and Court Officers and the high powered defendants. *(\*\*\*\*Plaintiff intends to also petition the US Attorney General regarding 42 USC 14141 and this case).*

68.) In essence, a Judge loses Jurisdiction or can have their actions overturned if they fail to adhere to the Principles of Due Process and Equal Protection enshrined in the Fourteenth Amendment. This includes issues of impartiality, subject matter jurisdiction, procedural fairness, and ensuring equal treatment under the law.

## DEMAND FOR RELIEF

69.) *…No person shall be held to answer for a capitol, or otherwise infamous crime, unless on a presentment or indictment of a grand jury, except in cases arising in the land or naval forces, or in the militia, when in actual service in time of war or public danger, nor shall be compelled in any criminal case to be a witness against himself, <u>nor be deprived of life, liberty or property without Due Processor Law, nor shall private property be taken for public use, without just compensation….</u>*

70.) The Fifth Amendment requires compensation for the taking of Property", it does not require payment for losses or expenses incurred by property owners or tenants incidental to or as a consequence of the taking of real property. If those losses or expenses are not reflected in the market value of the property taken. The Court has stated that when the government takes property by eminent domain it must compensate the property owner for what's taken, not more , and the property owner must stand whatever indirection remote injuries are properly comprehended within the meaning of consequential damage as that conception has been drafted in such cases.

71.) Fraud on the Court (by the Court), is considered to be <u>one of the most serious violations that can occur within a Court of Law.</u> If Fraud on the Court occurs, the entire case is voided or cancelled. This means that any ruling or judgment that the Court has issued will be rendered void. Additionally, the case will need to be retried, and with different Court Officials. This is often done in an entirely different venue in order to avoid further instances of Fraud on the Court, the case may be tried in an entirely different county of the State.

72.) Clearly it can be seen how unindicted co-conspirator Federal Judges craftily and Fraudulently Concealed material facts regarding a Copyright action involving words and music versus their roles rejected regarding "*gatekeeper*" duties and obligations. Obviously, also being concealed was the Due Process of Law. Plaintiff, became perplexed about what its cause of action actually was, for years, as the Courts machinery was being manipulated by Officers of the Court who constantly used mere aberrant conclusions and opinions, at peril of Plaintiffs property and attendant rights. This Honorable Court should determine the amount of Punitive Damages and Compensatory damages, and any other and further relief this Court deems just and proper.

## COUNT SIX ——A CIVIL CONSPIRACY TO COMMIT FRAUD UPON THE COURT—BY THE COURT, FRAUDULENT CONCEALMENT—RACE DISCRIMINATION—PEONAGE AND CRIMINAL COPYRIGHT INFRINGEMENT AGAINST UMG, JENNER & BLOCK AS WELL AS UNINDICTED CO-CONSPIRATORS WHO ARE UNITED STATES FEDERAL JUDGES, A SENATOR AND A CONGRESSWOMAN

73.) This Honorable Court has Jurisdiction over this case on the basis of "Conspiracy Jurisdiction". For Criminal Copyright Infringement, Jurisdiction is based on 17 USC 506 and 18 USC 2319. Intentional Concealment of Material Facts will be proven by these allegations and this action.

74.) Venue is proper in this Court pursuant to 28 USC 1391(a)(1)&(2), (b)(2), (c)(2)(3), (e)(1)&(2), because all of the events, acts and or omissions giving rise to Plaintiff's claims which occurred in the District of Columbia. The Conspiracy charged herein is not a separate Cause of Action, but is instead a mere platform for establishing Vicarious Liability for the underlying torts being herein alleged.

75.) Although all the above defendants and the indicted co-conspirators are deemed to have set foot in this Forum, UMG does indeed also have a main office located in France, it is believed. Plaintiff is therefore alleging there that all the named defendants performed a criminal act or a legal act through criminal means.

76.) A Civil Conspiracy occurs when 2 or more people agree to engage in a criminal act or an activity to accomplish an unlawful purpose or goal, with an injury to this bystander Plaintiff occurring as a result of such collusion and conspiratorial conduct.

77.) Allegedly, Jenner & Block, UMG and its attorneys and other Officers of the Court, all Conspiratorially ignored their duties under the law, and thereby conspired to ignore all duties regarding the **Idea/Expressions Dichotomy Regime",** the **"Substantial Similarity Analysis Regime, the Daubert Regime and the Regime of Fed. R. Of Evid. 702.**

78.) The refusal to abide by the Rules and Duties that attend to the Statutes provides "smoking gun"evidence of the intentional suppression of Material Facts, targeting Plaintiff and his property and effects since all defendants had the same duty to disclose the Material Facts of the Daubert, Rule of Evid, 702 and the Substantial Similarity Analysis Regime.

79.) Therefore, the concerted efforts of all named defendants to ignore their Constitutional Duties, merely to deprive Plaintiff of property, is "clear and convincing". Therefore, two or more of the above named defendants agreed and understood the objectives to ignore Judicial Duties regarding the aforementioned Statutes. Abuse in this case occurred when the Court Officials refused to allow the Substantial Similarity Analysis, the Daubert Regime and Fed, R.. of Evid. 702 in a Complex Copyright case, involving words and music.

80.) Abuse occurs when a material factor deserving significant weight, is ignored, when an improper factor is relied upon, or when all proper and no improper factors are assessed, but a Court makes a serious mistake in weighing them... *(See: Independent Oil and Chemical Workers of Quincy, Inc., v. Proctor & Gamble Mfg, Co., 864 F. 2d, 929 (1st Cir. 1988 and Anderson v. Cryovac, Inc., 862 F.2d 910, 923 (1st Cir. 1988).*

81.) It is further alleged that 2 or more named defendants committed an unlawful act in furtherance of the Conspiracy, and well understood the objectives and the manner to achieve the unlawful objective. i.e. the outright refusal of Court Officers to abide by Constitutional and Court duties that are mandated by the Idea/Expression Dichotomy, Substantial Similarity Analysis Regime, the Daubert Regime and Fed. R. Of Evid. 702, as a matter of fact and law.

82.) Thus, Plaintiff is a person who was not a party to the secrets the unindicted co-conspirators and the defendants shared. The passive manner of ignoring judicial duties implicates the named defendants in allegations of:
**A.) Fraud Upon the Court —by the Court**
**B.) Fraudulent Concealment**
**C.) Race Discrimination**
**D.) Peonage**
**E.) 5th and 14th Amendment violations**
**F.) Criminal Copyright Infringement**
**G.) Conspiracy to engage in the above conduct**

83.) UMG, Jenner and Block and Attorney Michael B. Desanctis easily represent the 2 or more persons who committed an unlawful act in furtherance of the Conspiracy. For instance:

84.) The refusal to abide by Constitutional and Statutory duties covers "Fraud Upon the Court—by the Court, Fraudulent Concealment, 5th and 14th Amendment violations, Race Discrimination, Peonage, Criminal Copyright Infringement and the Conspiracy to accomplish the goals of stealing Plaintiffs astronomically valuable (38) thirty-eight original Songs.

85.) Thus, 2 or more of the above named defendants decided to ignore Constitutional and Statutory Duties regarding the Idea/Expression Dichotomy, the Daubert Regime, Fed. R. Of Evid. 702 and the Substantial Similarity Analysis Regime, merely to strip Plaintiff of its property.

## DEMAND FOR RELIEF

86.) As a matter of fact and law—defendants UMG, Jenner & Block, Michael B. Desanctis and the unindicted co-conspirator Federal Judges
and Senator and Congresswoman, conspired together to move around Federal Judges, ignore Constitutional and Judicial Duties, in step for step fashion, and states a scenario that only the defendants and its Court Officers/Cronies are aware of and the material facts about the case that only they would know—along with the present Plaintiff and the Rule of Law itself.

87.) UMG and Jenner and Block, therefore conspired with several other Federal Judges a Senator and a Congresswoman, to perform Fraud Upon the Court—by the Court, Fraudulent Concealment, Race Discrimination, Peonage, Criminal Copyright Infringement and Conspiracy to perform the same by collectively and conspiratorially utilizing mere "opinions and conclusions"——along with the complete rejection of Expert Testimony as well as the Substantial Similarity Analysis Regime, in order to unlawfully thwart the duties and responsibilities of Judicial Officers of the Court.

88.) The Senator and the Congresswoman stepped outside their boundaries when they removed Federal Judges from the bench and replaced them with Activist Judges who merely made a mockery of the Law and the Plaintiff.

89.) The 1992 amendments to section 2319 have made it possible to pursue felony level sanctions for violations relating to all types of copyrighted works, including computer software and other works written, stored or transmitted in a digital format, if the other elements of the statute are satisfied. Felony penalties only attach to violations of a victim's rights of reproduction or distribution in the quantity stated.

90.) Although UMG, Jenner and Block and their attorneys are already deemed to have conspired under race discrimination allegations, these defendants, for their part, were further conspired with on an Officer of the Court level when they, in unison, rejected their duties under the

Substantial Similarity Analysis Regime, the Daubert Regime and Rule of Evil. 702. Such conduct equals a red flag and a smoking gun combined.

91.) Therefore, the named defendants committed the unlawful act of colluding with Court Officers that were told to ignore the Idea/Expression Dichotomy, the Daubert Regime, the Substantial Similarity Analysis Regime and Fed. R. Of Evid. 702 by the defendants—as a matter of fact and law. Such matters, when ignored and rejected with no explanation, constitute "two or more" defendants committing an unlawful act in furtherance of the complained of Conspiracy, and all proceeded upon this unlawful objective by uttering mere "opinions and conclusions" in a Complex Copyright action concerning words and music.

92.) Although direct access had been proven overwhelmingly, and many songs had verbatim similarities in the chorus line areas, the Substantial Similarity Analysis was rejected and the music was never discussed by the conspiratorial Court Officers. The Court Officers even refused to be "Gatekeepers" regarding Expert testimony under the Daubert Regime and Rule 702.

93.) Plaintiff, is a person not a party to the Conspiratorial Schemes and Plans of the above named defendants and is injured as a result of this Civil Conspiracy. Additionally, conspirators who injure an individual as a result of their unlawful act in furtherance of a Conspiracy are jointly and severally liable for all the injured party's damages, independent of other conspirators. Damages should be equitable and compensatory as well as Punitive, and for any other and further relief this Honorable Court deems just and proper.

## COUNT SEVEN—CRIMINAL COPYRIGHT INFRINGEMENT AGAINST UMG, JENNER AND BLOCK AND UNINDICTED CO-CONSPIRATORIAL FEDERAL JUDGES, A SENATOR AND A CONGRESSWOMAN

94.) This Court has Jurisdiction over this Criminal Copyright Infringement matter under 17 USC 506 et seq. and 18 USC 2319. Likewise, Venue is proper in this Forum under 28 USC 1400 and for the same reasons Jurisdiction is proper.

95.) With regard to Criminal Copyright Infringement allegations, Plaintiff owns a valid Copyright in at least (38) thirty-eight original songs that were initially and intentionally infringed by defendants, and a lawsuit ensued in 2006.

96.) The defendants exacerbated the matter when they influenced Officers of the Court, a US Senator and a Congresswoman, to ignore Constitutional Duties and Statutorily mandated obligations, merely to blind and bind the Plaintiff from knowing of its true Cause of Action. These defendants and their cohorts, are being herein accused of having a fantasy trial on Copyright Infringement, where the Plaintiff is simply left out of the loop. In leaving Plaintiff

*"out of the loop"*, the defendants intentionally rejected their duties under the law, merely to take Plaintiff's song property.

97.) Thus, this taking, was accomplished by "Fraud Upon the Court—by the Court"—Fraudulent Concealment—Rejection of Expert Testimony as well as rejection of the Substantial Similarity Analysis Regime and rejection of Expert testimony according to Fed. R. Of Evidence 702. Therefore, Criminal Copyright Infringement allegations have been triggered by the defendants themselves.

98.) Now, with the original infringement consummated and nearly (20) twenty years have gone by, the Fraudulent Concealment was almost perfect…the "Fraud Upon the Court—by the Court"—was successful…and countless other authors have already suffered by the secret alliance of UMG and Jenner and Block….and the copyright infringement is still alive and criminal. The songs were already infringed by defendants UMG and Jenner and Block, who also chose to take over the Courthouse by controlling their rulings in the manner described by this case.

99.) Even attempts to infringe are prohibited to the same extent as the completed act. Conspiracies to violate the Criminal Copyright Statute can also be prosecuted under 18 USC 371. Defendant UMG gained overwhelming direct access to at least (38) thirty-eight original songs from around 2003 until 2005.

## DEMAND FOR RELIEF

100.) On May 9, 2024, in a 6-3 decision, the Supreme Court of the United States affirmed the US Court of Appeals for the Eleventh Circuit's prior ruling, holding that a Plaintiff with a timely infringement claim under the Discovery Rule is entitled to damages regardless of when the infringement occurred. *(See: Warner Chappell Music, Inc., v. Nealy, Case No. 22-1078, 2024 WL 2061137 (US May 9, 2024) (Kagen, J.)(Gorsuch, J, dissenting).*

101.) Under the Discovery Rule, Plaintiff herein alleges that this case is about "Fraud Upon the Court" and "Fraudulent Concealment" of the material facts of the case, for nearly (20) twenty years. However, Plaintiff just learned of its complete cause of action after extreme Due Diligence and a CNN report of possible corruption at the DC Circuit. This Plaintiff was used as an example by CNN. Therefore, in or around July 2024, Plaintiff Discovered its Cause of Action.

102.) The filing of this action after the Discovery Rule makes this action timely. The Supreme Court confirmed that Section 507(b) of the Copyright Act does not establish a three-year limit on recovering damages. As such, there is no time limit on monetary recovery, and a Copyright Owner possessing a timely claim is entitled to damages for infringement no matter when the

infringement occurred. *(See: Warner Chappell Music, Inc., v. Nealy, Case No.  22-1078, 2024, WL 2061137 (US May. 9, 2024).*

103.) This Copyright is valid, as evidenced by the previous case. The defendants UMG and their Attorneys Jenner and Block infringed upon such Copyright for the past (20) twenty years.  Such Infringement was willful and done for commercial advantage and public and private financial gain.

104.) Such copying is proven by "clear and convincing evidence" of UMG moving forward and taking over the Courthouse in order to further secure the steal. Plaintiff here seeks Equitable and Compensatory relief as well as Punitive damages due to the egregious level of blatant intentional song theft perpetrated by UMG and Jenner and Block and the other unindicted co-conspirators, and for any other and further relief this Honorable Court deems just and proper.

## SIGNING AND MAIL CERTIFICATION

105.) Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and  (4) the complaint otherwise complies with the requirements of Rule 11.

I also declare under penalty of perjury that the above described Complaint was sent by U.S. Mail to the following Corporations and Individual defendants.

*[signature]* 9/24/2025

**Robert R. Prunty(e)**
**Pro Se Plaintiff**
**427 West Hickory Street**
**Arcadia, Florida 34266**
**(863) 991-5195**
themrmodady a gmail.com

**UNIVERSAL MUSIC GROUP**
**2220 Colorado Avenue**
**Santa Monica, California 90404**

**Also:**
**UNIVERSAL MUSIC GROUP**
**s-Gravelandseweg 80, Hilversum, 1217 EW, Netherlands**

**Also:**
**JENNER & BLOCK LLP**
**1099 New York Avenue, NW Suite 900**
**Washington, D.C. 20001**

Copies also sent to:

The Honorable President of the United States
Donald J. Trump
1100 S. Ocean Blvd.
Palm Beach, Florida 33480

The Honorable Pam Bondi, Attorney General of the United States
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530

The Honorable Mr. Kash Patel
FBI Director
935 Pennsylvania Ave. NW
Washington, D.C. 20535-0001

President Trump's Attorney
The Honorable Ms. Alina Habba
970 Broad Street, 7th Floor,
Newark, New Jersey 07102

CNN Headquarters
190 Marieta Street NW
Atlanta, Georgia