UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT R. PRUNTY**,<br><br>Plaintiff,<br><br>v.<br><br>**UNIVERSAL MUSIC GROUP, JENNER & BLOCK LLP, and "Several Officers Of The Court Who Are Unindicted Conspirator Federal Judges, A Senator, A Congresswoman and Myriad Attorneys**,"<br><br>Defendants. | Case No. 1:25-cv-02376-TJK |

### [PROPOSED] ORDER GRANTING JENNER & BLOCK'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND FOR INJUNCTIVE RELIEF

Upon consideration of Defendant Jenner & Block LLP's Motion to Dismiss Plaintiff's Complaint And For Injunctive Relief, the Court hereby concludes that Plaintiff has failed to state a claim for relief, and that Jenner & Block's Motion to Dismiss should be granted pursuant to Federal Rule of Civil Procedure 12(b)(6).

It is hereby ORDERED that the motion is GRANTED and this case be DISMISSED WITH PREJUDICE as to Defendant Jenner & Block LLP.

It is FURTHER ORDERED that Plaintiff be enjoined from filing additional actions related to or arising out of these proceedings; the proceedings in Case No. 1:06-cv-00480; the proceedings in Case No. 1:14-cv-02073; or the operative facts alleged in the complaints in such proceedings.

SO ORDERED.

Dated: _____                    _____
                                                                                                        The Honorable Timothy J. Kelly
                                                                                                        United States District Judge

To be notified:

**Robert R. Prunty**
427 West Hickory St.
Arcadia, FL 34266
Tel: (863) 991-5195
themrmodady@gmail.com
*Plaintiff, pro se*

**Alex S. Trepp**
JENNER & BLOCK LLP
1099 New York Ave., NW, Suite 900
Washington, DC 20001
Tel: (202) 639-6000
Fax: (202) 639-6066
ATrepp@jenner.com
*Attorney for Defendant Jenner & Block LLP*